FILED & JUDGMENT ENTERED
David E. Weich

Dec 20 2006

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

In Re:                                            :
                                                  :    Case Number: 06-31986
JOSEPH GREGORY JEMSEK,            :
                                                  :    Chapter 11
                    Debtor.              :

## ORDER AUTHORIZING EMPLOYMENT OF
## ATTORNEYS UNDER GENERAL RETAINER

     This matter was heard on the application of Joseph Gregory Jemsek dated December 1, 2006, for an order authorizing the employment of the firm of Grier, Furr & Crisp PA as the debtor's attorneys under a general retainer, and upon the declaration of Joseph W. Grier, III, as a member of the firm of Grier, Furr & Crisp PA. It appears that the members and associates of Grier, Furr & Crisp PA are duly admitted to practice before this Court, and the Court is satisfied that said attorneys represent no adverse interest to the estate with respect to matters upon which they are to be engaged, that they are disinterested persons under §§ 101 and 327 of title 11, United States Code, that their employment is necessary and would be in the best interests of the estate, and sufficient cause appearing therefore, it is

     ORDERED that the debtor is hereby authorized to employ the firm of Grier, Furr & Crisp PA as attorneys for the debtor herein under a general retainer to perform all the services set forth in the application, with such compensation as is approved by the court upon proper application therefore.

     IT IS SO ORDERED.

This Order has been signed                                United States Bankruptcy Court
electronically. The judge's
signature and court's seal
appear at the top of the Order.