# 341 FIRST CREDITOR'S MEETING
## PROCEEDINGS MEMO
## CHAPTER 11

| | |
|---|---|
| DEBTOR: | **Joseph Gregory Jemsek** |
| CASE NO. | **06-31986** |
| DATE / TIME: | 12/20/06 @ 2:00 pm - Charlotte |
| CONTINUED: | to Jan 8 @ 8:00 am |
| FILING DATE: | |
| APPEARANCES: | Joseph D. Jemsek |
| PRINCIPAL OFFICER / REPRESENTATIVE: | |
| SWORN / AFFIRMED: | ☑ YES   ☐ NO |
| DEBTOR ATTORNEY: | Joe Brier |

**AMENDMENTS / ANNOUNCEMENTS:**

**EMPLOYEES, ETC.:**
**STOCKHOLDERS:**

1 employee - nanny

**DIRECTORS:**

n/a

**EMPLOYEES:** Number F/T: 1
Number P/T: _____

Key/Insider Employees:

Changes in above prior to filing:

Changes in above subsequent to filing:

**BUSINESS OPERATION/ADMINISTRATIVE REQUIREMENTS:**
Nature of Business:

physician

Factors Contributing to Bankruptcy Filing:

filing bankruptcy by debtor's clinic, case 06-31766, + a dispute w/ Blue Cross, Blue Shield over treatment of Lyme disease; additionally BCBS is not reimbursing the debtor or the clinic with insurance proceeds

Compliance with Operating Order:

- to provide insurance w/in 10 days
- aware of quarterly fee requirements
- order entered 12/5/06 authorizes the debtor to maintain a checking account that was established pre-petition (account is with Scottish Bank), so no post-petition account has been opened

Operational Changes Subsequent to Filing:

Plan Formulation:

plans to file a plan of reorganization within the exclusive period or will request an extension

**BANKRUPTCY ADMINISTRATOR**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CREDITORS' COMMITTEE MEETING MINUTES**

| CASE NAME: | *Joseph Gregory Jemsek* |
|---|---|
| CASE NO.: | *06-31986* |
| DATE: | 12/20/06 @ 2:00 pm - Charlotte |

**PRESENT FOR CREDITORS' COMMITTEE:**

Counsel retained?    ☐ YES    ☐ NO

Accountant employed?    ☐ YES    ☐ NO

Topics Discussed (check)

___ Role of Creditors' Committee (powers and duties)
___ Debtor's Operating Reports
___ Compliance of Debtor with Operating Requirement
___ Appointment of Chapter 11 Trustee
___ Appointment of Examiner
___ Conversion or Dismissal of Case
___ Disclosure Statement and Plan
___ Other_____

**COMMENTS:**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: ) Case No.: 06-31986
) Chapter 11
**JOSEPH GREGORY JEMSEK** )
)
)
S.S. #: XXX-XX-1495 )
)
_____Debtor(s)_____ )

| ATTORNEY FOR DEBTOR: | |
|---|---|
| PRESIDING OFFICER: | Alex Kenny |
| DATE: | 12/20/06 |

**SECTION 341 APPEARANCE SHEET - CHAPTER 11**

| CREDITOR | REPRESENTATIVE | ADDRESS & PHONE |
|---|---|---|
| Blue Cross Blue Shield | Mark Kingdom, Helms Mulliss Wicker | 201 N. Tryon St, Charlotte, NC 28202, 704-343-2000, 704-343-2102 |

**ITEMS REQUESTED / ADDITIONAL REQUIREMENTS:**

| ITEM | DATE DUE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**CREDITOR / ASSET INFORMATION:**

Secured Creditors:

| NAME | ASSET | VALUE | CLAIM |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Priority Creditors:

| NAME/CLASS | CLAIM | PROPOSED DISTRIBUTION |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Unsecured Creditors:

| NAME/CLASS | CLAIM | PROPOSED DISTRIBUTION |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**OTHER ASSETS:** (Real Property, Accounts, Vehicles, Equipment, Inventory, AIR, Contracts, Leases):

|  |
|---|
|  |

**POST PETITION PAYMENTS/CREDIT ARRANGEMENTS:**
Cash Collateral/Post Petition Financing:

Taxes:

Operating Debt:

Secured Debt:

**COMMENTS:**

_____
Presiding Officer