OMB APPROVAL NO. 3245-0188
EXPIRATION DATE: 3/31/2008

# PERSONAL FINANCIAL STATEMENT

**U.S. SMALL BUSINESS ADMINISTRATION**

As of August 1, 2006

Complete this form for: (1) each proprietor, or (2) each limited partner who owns 20% or more interest and each general partner, or (3) each stockholder owning 20% or more of voting stock, or (4) any person or entity providing a guaranty on the loan.

| | |
|---|---|
| Name: Joseph G. Jemsek MD | Business Phone: 704-987-2111 |
| Residence Address: 2215 Sharon Lane | Residence Phone: 704-364-0674 |
| City, State, & Zip Code: Charlotte, NC 28211 | |
| Business Name of Applicant/Borrower: Jemsek Clinic, PLC | |

| ASSETS (Omit Cents) | | LIABILITIES (Omit Cents) | |
|---|---|---|---|
| Cash on hand & in Banks | $ | Accounts Payable | $ |
| Savings Accounts | $ | Notes Payable to Banks and Others (Describe in Section 2) | $ |
| IRA or Other Retirement Account | $ 125,000.00 | Installment Account (Auto) | $ |
| Accounts & Notes Receivable | $ | Mo. Payments $ | |
| Life Insurance-Cash Surrender Value Only (Complete Section 8) | $ | Installment Account (Other) | $ |
| Stocks and Bonds (Describe in Section 3) | $ 1,830,000.00 | Mo. Payments $ | |
| Real Estate (Describe in Section 4) | $ 4,250,000.00 | Loan on Life Insurance | $ |
| Automobile-Present Value | $ 50,000.00 | Mortgages on Real Estate (Describe in Section 4) | $ 1,450,000.00 |
| Other Personal Property (Describe in Section 5) | $ 941,000.00 | Unpaid Taxes (Describe in Section 6) | $ |
| Other Assets (Describe in Section 5) | $ | Other Liabilities (Describe in Section 7) | $ 10,320,000.00 |
| | | Total Liabilities | $ 11,770,000.00 |
| | | Net Worth | $ (4,574,000.00) |
| Total | $ 7,196,000.00 | Total | $ |

**Section 1. Source of Income** | **Contingent Liabilities**

| | | | |
|---|---|---|---|
| Salary | $ 85,000.00 | As Endorser or Co-Maker | $ 7,800,000.00 |
| Net Investment Income | $ 5,000.00 | Legal Claims & Judgments | $ |
| Real Estate Income | $ | Provision for Federal Income Tax | $ |
| Other Income (Describe below)* | $ | Other Special Debt | $ |

Description of Other Income in Section 1.

*Alimony or child support payments need not be disclosed in "Other Income" unless it is desired to have such payments counted toward total income.

**Section 2. Notes Payable to Banks and Others.** (Use attachments if necessary. Each attachment must be identified as a part of this statement and signed.)

| Name and Address of Noteholder(s) | Original Balance | Current Balance | Payment Amount | Frequency (monthly, etc.) | How Secured or Endorsed Type of Collateral |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SBA Form 413 (3-05) Previous Editions Obsolete  (tumble)
This form was electronically produced by Elite Federal Forms, Inc.


EXHIBIT A

**Section 3. Stocks and Bonds.** (Use attachments if necessary. Each attachment must be identified as a part of this statement and signed).

| Number of Shares | Name of Securities | Cost | Market Value Quotation/Exchange | Date of Quotation/Exchange | Total Value |
|---|---|---|---|---|---|
| Pledged | Morgan Stanley A/C | | 1,400,000.00 | | 1,400,000.00 |
| | Phoenix Bay | 200,000.00 | 270,000.00 | | 270,000.00 |
| | Scottish Bank | | 160,000.00 | | 160,000.00 |

**Section 4. Real Estate Owned.** (List each parcel separately. Use attachment if necessary. Each attachment must be identified as a part of this statement and signed.)

All Entireties

| | Property A | Property B | Property C |
|---|---|---|---|
| Type of Property | Residence | Vacation lots | Vacation lots |
| Address | 2215 Sharon Lane Charlotte, NC 28211 | Highlands, NC | Greenbrier White Sulfur Springs, WVA |
| Date Purchased | 1984 | 1999 and 2005 | 2003 |
| Original Cost | 750,000.00 | 605,000.00 Total | 500,000.00 |
| Present Market Value | 2,500,000.00 | 1,000,000.00 | 750,000.00 |
| Name & Address of Mortgage Holder | CitiMortgage | Scottish Bank | City National West Virginia |
| Mortgage Account Number | | | |
| Mortgage Balance | 990,000.00 | 300,000.00 | 160,000.00 |
| Amount of Payment per Month/Year | 7,000.00/month | 1,500.00/month | 1,000.00/month |
| Status of Mortgage | 10 year ARM | | ARM |

**Section 5. Other Personal Property and Other Assets.** (Describe, and if any is pledged as security, state name and address of lien holder, amount of lien, terms of payment and if delinquent, describe delinquency)

B-I REIT - $181,000.00
Rosedale Equity Real Estate - $250,000.00
Fine Crystal - $50,000.00
Household Items $200,000.00
Tax Refund - Federal/NC - $260,000.00

**Section 6. Unpaid Taxes.** (Describe in detail, as to type, to whom payable, when due, amount, and to what property, if any, a tax lien attaches.)

**Section 7. Other Liabilities.** (Describe in detail.)

First Citizens Bank - $2,300,000.00
Scottish Bank - $1,920,000.00
Suntrust - $6,100,000.00

**Section 8. Life Insurance Held.** (Give face amount and cash surrender value of policies - name of insurance company and beneficiaries)

Term Life - 2010 - $2,000,000.00
Term Life - Age 70 - $3,000,000.00

I authorize SBA/Lender to make inquiries as necessary to verify the accuracy of the statements made and to determine my creditworthiness. I certify the above and the statements contained in the attachments are true and accurate as of the stated date(s). These statements are made for the purpose of either obtaining a loan or guaranteeing a loan. I understand FALSE statements may result in forfeiture of benefits and possible prosecution by the U.S. Attorney General (Reference 18 U.S.C. 1001).

Signature: *[signed] Joseph G. [illegible]*   Date: 9/14/06   Social Security Number:
Signature:   Date:   Social Security Number:

PLEASE NOTE: The estimated average burden hours for the completion of this form is 1.5 hours per response. If you have questions or comments concerning this estimate or any other aspect of this information, please contact Chief, Administrative Branch, U.S. Small Business Administration, Washington, D.C. 20416, and Clearance Officer, Paper Reduction Project (3245-0188), Office of Management and Budget, Washington, D.C. 20503. PLEASE DO NOT SEND FORMS TO OMB.