# EXHIBIT B

CostWise

PARTICIPATING PROVIDER PAYMENT PLAN

This is an Agreement between Blue Cross and Blue Shield of North Carolina, a North Carolina Corporation, a member of the Blue Cross and Blue Shield Association, an Association of Independent Blue Cross and Blue Shield Plans, hereinafter referred to as the "Plan," and ___The Jensen Clinic___ an eligible Participating Provider who is duly licensed to practice as such in the State of Practice, hereinafter referred to as "Provider." The Plan and the Provider join in the goal of offering quality medical care to Plan Participants at a fair and realistic price for such care.

THE PROVIDER AGREES:

a. To submit claims and report timely to the Plan for each covered medical service rendered to the Plan and Participants in a manner acceptable to the Plan.

b. To accept the Plan payment for covered services which are medically necessary as payment in full under the Plan's Usual, Customary, and Reasonable (UCR) contracts and not bill the Participant any additional amount. However, the Provider may bill the Participant for the deductible, coinsurance or any non-covered service for which there is prior Agreement. For Participants enrolled under medical or surgical schedules or indemnity contracts, the difference billed to the Participant, if any, shall be the difference between the Plan scheduled benefit and the maximum amount allowable by the Plan under the UCR contract.

c. To provide the Plan upon request and without charge copies of necessary medical and charge records of a Participant to verify services provided, determine benefits and verify contract compliance.

d. To promptly refund to the Plan duplicate or erroneous claims payments.

e. To accept as Plan payment in full an amount which provides increases in Provider's usual charges on the Plan record, annually, as determined by the Plan, no greater than the 12 month increase, if any, in the Consumer Price Index (all items), as published by the Bureau of Labor Statistics, Department of Labor.

f. To charge the Plan Participant no more than is customarily charged other patients for the same or similar services.

g. To cooperate in Plan's cost containment programs, including Pre-Admission Certification, Ambulatory Surgery, Office Surgery, Medicare Crossover Claims Programs and Peer/Medical/Utilization Review Programs.

h. To have name published by the Plan in a list of Participating Providers.

THE PLAN AGREES:

a. To remit timely payments for Covered Services directly to the Provider.

b. To administer Usual, Customary and Reasonable, and to consider appeals as described in the Plan booklet, Usual, Customary and Reasonable, an Explanation for Doctors, as amended.

c. To pay a reasonable fee in excess of Usual and Customary, if justified, as determined by the Plan.

BOTH AGREE:

a. The following definitions shall apply to this Agreement:

Covered Services: Medical services specified in the Plan contract for which benefits will be provided when rendered by an eligible Provider.

Participant: A person who is eligible to receive covered services under any Plan or Plan certificate or administered contract.

Participating Provider: An eligible licensed provider who has contracted with the Plan to provide services to Plan Participants as outlined herein.

Plan: Blue Cross and Blue Shield of North Carolina, or any wholly owned subsidiary, any other Blue Cross and/or Blue Shield Plan, or national account through the Blue Cross and Blue Shield Association, offering Plan benefits. However, the Provider hereby expressly acknowledges its understanding that this agreement constitutes a contract between the Provider and Blue Cross and Blue Shield of North Carolina, that Blue Cross and Blue Shield of North Carolina is an independent corporation operating under a license with the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans, (the "Association") permitting Blue Cross and Blue Shield of North Carolina to use the Blue Cross and/or Blue Shield Service Mark in the State of North Carolina, and that Blue Cross and Blue Shield of North Carolina is not contracting as the agent of the Association. The Provider further acknowledges and agrees that it has not entered into this agreement based upon representations by any person other than Blue Cross and Blue Shield of North Carolina and that no person, entity, or organization other than Blue Cross and Blue Shield of North Carolina shall be held accountable or liable to the Provider for any of Blue Cross and Blue Shield of North Carolina's obligations to the Provider created under this agreement. This paragraph shall not create any additional obligations whatsoever on the part of Blue Cross and Blue Shield of North Carolina other than those obligations created under other provisions of this agreement.

b. To treat all patient medical information obtained by either from the other as personal and confidential in accordance with the Participant's contract and North Carolina State law.

c. This Agreement and the right to receive payments hereunder may not be assigned or transferred by Provider without the prior written consent of Plan.

d. This Agreement shall be effective as of the date set forth below the signature of the representative of the Plan and the term of the Agreement shall be one year. This Agreement shall be automatically renewed for periods of one year, unless terminated by either party upon ninety (90) days prior written notice by certified mail to the other.

e. This Agreement is a North Carolina contract and the location for actions brought under this Agreement shall be Durham or Orange County, North Carolina.

f. This Provider shall be an independent contractor for all purposes under this Agreement and shall not be deemed to be an employee, servant or agent of the Plan.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement effective as of the date indicated herein.

Provider's Name: Joseph G. Jemsek DBA - The Jemsek Clinic
Blue Shield Identification Number: 45882

Office Mailing Address: 16630 North Cross Drive, Suite 102
Licensed in: (State) NC  (Year) 1979

City: Huntersville

Signature of Participating Provider: Joseph G. Jemsek

ACCEPTED BY BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
By: [signature]

Title: Vice President - Health Care Services
Date: 5-26-00

If signing for a group practice, please list each provider within the group and his/her individual Blue Shield Identification number.

Provider(s) Name(s): _____     Individual Number(s): _____

I:\DMASON\COSTWISE.PAR\9/16/93

RECEIVED
NETWORK MANAGEMENT

# EXHIBIT C

# PREFERRED CARE *SELECT*
# PROFESSIONAL PROVIDER AGREEMENT

THIS AGREEMENT is between Blue Cross and Blue Shield of North Carolina, an Independent Licensee of the Blue Cross and Blue Shield Association (herein called "BCBSNC") and  The Jemsek Clinic                                                    a Doctor, group of Doctors or other providers, (herein called "*Select* Professional Provider").

## WITNESSETH:

WHEREAS, BCBSNC is a nonprofit hospital, medical, and dental service corporation licensed in the State of North Carolina; and

WHEREAS, BCBSNC has established a preferred provider organization program, herein called "Preferred Care"; and

WHEREAS, BCBSNC desires to establish a *Select* Professional Provider network as a part of Preferred Care; and

WHEREAS, BCBSNC desires to enter into contracts with employers, other groups, and individuals which provide Preferred Care benefit incentives for Members to obtain medical services from *Select* Professional Providers and others included in its Provider Network, herein called "Preferred Care *Select*."

WHEREAS, *Select* Professional Provider is licensed to engage in the delivery of certain medical services in the State of North Carolina; and

WHEREAS, *Select* Professional Provider desires to receive certain benefits for providing services to BCBSNC's Members;

NOW THEREFORE, the parties hereto, in consideration of the mutual covenants and agreements contained herein, do agree as follows:

1.  **Definitions.**

    The technical insurance terms and managed care terms defined below are consistent with definitions included in each applicable evidence of coverage.

    1.1. Certificate. The Certificate is a contract, issued to a group or individual, by BCBSNC or other Blue Cross and/or Blue Shield Plans, or national account

through the Blue Cross and Blue Shield Association, that describes the scope of covered services and establishes the level of benefits payable, on an indemnity basis or administered, for such services rendered to Members.

1.2. Coinsurance or Copayment. The Coinsurance or Copayment is that portion of the Preferred Care Fee Schedule amount payable by the Member.

1.3. Deductible. The Deductible is a specified amount payable by the Member for services covered under the Certificate that must be incurred by a Member before BCBSNC will assume any liability for all or part of the remaining services covered under the Member's Certificate.

1.4. Member. The Member is the individual whose name appears on the identification card, and each enrolled dependent of such individual, and who according to the records of BCBSNC is a Preferred Care *Select* Certificate holder, or similar program Certificate holder through another Blue Cross and/or Blue Shield Plan, or national account through the Blue Cross and Blue Shield Association.

1.5. Provider Network. The Provider Network consists of those health care providers, including but not limited to hospitals, physicians, etc., that have entered into an agreement with BCBSNC to provide health care services to Preferred Care *Select* Members.

2. **Independent Relationships.**

2.1. Provider/Patient Relationship. *Select* Professional Provider agrees to be responsible for the provider/patient relationship with Members and for all medical judgments and decisions related to such relationship, except for services which the Member's Certificate designates a third party to provide or arrange such services as a condition of coverage, herein called "third party managed health benefits."

2.2. BCBSNC/Member Relationship. BCBSNC agrees to be responsible for making judgments and decisions concerning whether certain services or supplies are covered under the certificate and the extent to which payment may or may not be made thereunder.

2.3. BCBSNC/Association Relationship. *Select* Professional Provider hereby expressly acknowledges its understanding that this Agreement constitutes a contract between the *Select* Professional Provider and Blue Cross and Blue Shield of North Carolina, that Blue Cross and Blue Shield of North Carolina is an independent corporation operating under a license from the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans, (the "Association") permitting Blue Cross and Blue Shield

bcbsnc-pposel-ppa-04/01/97
doc # 13443-2 rev. 10.2.98

*Select*

2

of North Carolina to use the Blue Cross and/or Blue Shield Service Mark in the State of North Carolina, and that Blue Cross and Blue Shield of North Carolina is not contracting as the agent of the Association. The *Select* Professional Provider further acknowledges and agrees that it has not entered into this Agreement based upon representations by any person other than Blue Cross and Blue Shield of North Carolina and that no person, entity, or organization other than Blue Cross and Blue Shield of North Carolina shall be held accountable or liable to the *Select* Professional Provider for any of Blue Cross and Blue Shield of North Carolina's obligations to the *Select* Professional Provider created under this Agreement. This paragraph shall not create any additional obligations whatsoever on the part of Blue Cross and Blue Shield of North Carolina other than those obligations created under other provisions of this Agreement.

2.4. Rights of Third Parties. This Agreement is a contract between the *Select* Professional Provider and BCBSNC and shall not be construed, interpreted, or deemed to confer any rights whatsoever to any third party or parties.

2.5. Independent Contractors. *Select* Professional Provider and BCBSNC agree that both are independent legal entities engaged in the operation of their own respective businesses. In the performance of the obligations of this Agreement, each party shall be at all times acting and performing as an independent contractor with respect to the other party, and no party shall have or exercise any control or direction over the method by which the other party shall perform such work or render or perform such services and functions. Neither party is, or is to be considered as, the agent or employee of the other party for any purposes whatsoever.

2.6. Coordination of Defense of Claims. *Select* Professional Provider and BCBSNC agree to make all reasonable efforts, consistent with advice of counsel and the requirements of applicable insurance policies and carriers, to coordinate the defense of all claims related to the performance of the obligations of this Agreement in which the other is either a named defendant or has a substantial possibility of being named

3. <u>Select Professional Provider Obligations.</u>

   3.1. Licensure and Privileges.

   a. *Select* Professional Provider hereby represents and warrants that he/she presently:

   (1) has a valid license or certificate to engage in the delivery of certain medical services in the State of North Carolina;

(2) has a valid Drug Enforcement Administration Number with unrestricted prescribing privileges, if a Doctor;

(3) has qualified and duly licensed or certified employees, agents, servants, and independent contractors engaged in his/her practice;

(4) has in full force and effect professional liability insurance of at least $1 million per occurrence and $1 million aggregate if a Doctor or such professional liability insurance as BCBSNC shall determine to be appropriate if another provider;

(5) is a member in good standing of the medical staff of a hospital with admitting privileges, if a Doctor; and

(6) has accurately completed and signed BCBSNC's Application For Participation, which is incorporated by reference as a part of the Agreement.

*Select* Professional Provider further agrees to maintain, and ensure the maintenance of, such licenses, certifications, privileges, and insurance during the term of this Agreement and to submit evidence of any or all of these to BCBSNC upon request.

*Select* Professional Provider agrees to promptly notify BCBSNC in writing, but in no event later than five (5) calendar days following his/her notification, of any action taken or change that occurs that relates to any of these requirements, licenses, certifications, or privileges, a claim for professional negligence, or any change in the information contained on the Application For Participation. Notwithstanding any provision of this Agreement to the contrary, BCBSNC may terminate this Agreement effective immediately if the *Select* Professional Provider fails to provide such notice timely or in the event that any such action is taken that BCBSNC deems, in its sole discretion, to be material.

b. *Select* Professional Provider agrees to the terms of BCBSNC's Credentialing Policies and Procedures and to assist in the credentialing process. *Select* Professional Provider further agrees that BCBSNC may review any and all records in its possession, or the possession of any of its subsidiaries, in addition to all documents in the possession of other individuals or organizations bearing upon his/her credentials.

3.2. Member Services.

a. *Select* Professional Provider agrees to permit the use of his/her name in BCBSNC materials which list BCBSNC's Preferred Care *Select* Provider

Network. *Select* Professional Provider further agrees that any materials developed by or on his/her behalf making reference to BCBSNC will be submitted to BCBSNC for its prior approval.

b. *Select* Professional Provider agrees to provide medical care to Members in the same manner as he/she treats other patients and in accordance with accepted professional and ethical standards of his/her practice. *Select* Professional Provider further agrees that he/she shall not discriminate against Members on the basis of race, color, national origin, gender, age, religion, marital status, or health insurance coverage.

c. *Select* Professional Provider agrees that all equipment, goods and supplies used by him or her to provide medical care to a Member will be properly serviced and maintained and otherwise appropriate.

3.3  Benefits Administration.

a. *Select* Professional Provider agrees to participate in any utilization review programs described in the Member's Certificate, e.g., Admission Certification, Second Surgical Opinion, Prior Approval Procedures, Third Party Managed Health Benefits, etc.

b. *Select* Professional Provider agrees to participate in BCBSNC's Preferred Care *Select* quality and utilization management programs, and provider sanction programs, including its grievance procedure, incorporated herein by reference, and to allow BCBSNC to audit in accordance therewith.

c. *Select* Professional Provider agrees that when the need arises for the Member to receive other professional services, hospital, or other institutional services, or supplies, he/she shall suggest that the Member seek such services or supplies from a provider in the Preferred Care Provider Network, except in cases of emergency or when otherwise directed by the Member. In such emergencies, *Select* Professional Provider further agrees to refer the Member to a provider in the Preferred Care Provider Network when reasonably possible and consistent with good medical care. *Select* Professional Provider further agrees to inquire of the Member as to whether the Member's Certificate includes third party managed health benefits and reasonably assist the Member in obtaining services or supplies from the third party managed health benefit provider.

d. No provision of this Agreement nor any of BCBSNC's Preferred Care *Select* procedures, programs, or benefit determinations, shall override the

professional or ethical responsibility of *Select* Professional Provider or interfere with *Select* Professional Provider's ability to provide information and assistance to his/her patients. *Select* Professional Provider agrees to submit, in writing, for review to BCBSNC's Medical Director any case that would result in medical care being provided or denied to a Member that the *Select* Professional Provider believes to be inappropriate and contrary to accepted professional or ethical standards of practice as a result of BCBSNC's procedures, benefit determinations, or availability of Preferred Care Provider Network. In cases in which the Member's health would be detrimentally affected by the delay in rendering care associated with the review process outlined above, the *Select* Professional Provider may request an expedited review by telephone.

e. *Select* Professional Provider agrees to comply with BCBSNC's standards for provider accessibility including, if applicable, call coverage or other back-up.

3.4. **Payment to *Select* Professional Provider.**

a. *Select* Professional Provider agrees to complete and submit to BCBSNC a claim for benefits for services and/or supplies provided by him or her to Members, including all information reasonably required by BCBSNC to determine benefits according to the Member's Certificate and the *Select* Professional Provider's typical charge to most patients for the service and/or supply, according to the claims processing and filing policies established by BCBSNC. *Select* Professional Provider agrees that BCBSNC may conform claims for benefits to its claims processing and filing policies. Claims should be submitted within thirty (30) days of providing the service and/or supply but must be received by BCBSNC within one hundred twenty (120) days of the date rendered. *Select* Professional Provider further agrees not to bill, charge, seek compensation or remuneration or reimbursement, or collect from the Member or BCBSNC any amount for services or supplies provided to a Member for which a claim was not submitted to BCBSNC within one hundred twenty (120) days of the date rendered.

b. *Select* Professional Provider agrees not to bill Members for services and/or supplies provided until receipt of BCBSNC's Notification of Payment or sixty (60) days from the date of submission of the claim (whichever is earlier), except for Deductibles and/or Copayments owed by the Member, and to only bill Members for amounts owed by the Member as reflected on BCBSNC's Notification of Payment.

c. *Select* Professional Provider agrees to accept as payment in full for services and/or supplies provided to Member and covered according to the Member's Certificate, the lesser of the *Select* Professional Provider's typical charge to most patients for the service and/or supply, or amount specified in the BCBSNC Preferred Care *Select* Fee Schedule, incorporated herein by reference, in effect on the date the service is rendered.

*Select* Professional Provider agrees that BCBSNC's payment made according hereto may be reduced according to the Member's Certificate by any Deductible, Coinsurance and/or Copayments, or other amounts payable by a third party. The *Select* Professional Provider may collect such Deductibles and Coinsurance and/or Copayments from the Member.

*Select* Professional Provider agrees that BCBSNC shall not be obligated to make payment pursuant to this Agreement for services and/or supplies that BCBSNC determines to be part of the third party managed health benefits described in the Member's Certificate.

*Select* Professional Provider agrees that BCBSNC's Preferred Care *Select* Fee Schedule is proprietary to BCBSNC and that it will be held in strict confidence and not released in whole or in part, to any third party.

d. *Select* Professional Provider agrees that in the event of any overpayment, duplicate payment, or other payment of an amount in excess of any benefits payable according to the Member's Certificate and this Agreement, he/she shall promptly remit such amounts to BCBSNC, or in addition to its other remedies, BCBSNC may recover such amounts by offset against current or future amounts payable to the *Select* Professional Provider.

3.5. *Select* Professional Provider's Records.

a. *Select* Professional Provider agrees to prepare and maintain appropriate business and medical records, in accordance with standard and accepted industry practices and as required by law, relating to services and/or supplies provided to Members.

b. *Select* Professional Provider agrees to provide BCBSNC upon request and without charge copies and to allow BCBSNC to inspect and audit necessary medical and charge records of a Member to verify services provided, determine benefits, and verify contract compliance. Further, *Select* Professional Provider agrees that it shall obtain Member authorization to release medical records to BCBSNC and the North Carolina Department of Insurance, and that it shall release such records

upon request to the North Carolina Department of Insurance in conjunction with its regulation of BCBSNC. Upon request by BCBSNC or the North Carolina Department of Insurance, *Select* Professional Provider shall take reasonable steps to substantiate the information contained in Members' medical records.

c. *Select* Professional Provider and BCBSNC agree that all Member medical records and other applicable health records shall be treated as confidential as required by BCBSNC's rules and regulations, and by state and federal law including but not limited to Article 39 of Chapter 58 of the North Carolina General Statutes.

4. BCBSNC Obligations.

   4.1. Administrative Services.

   a. BCBSNC agrees to perform, or to have performed on its behalf, certain marketing, enrollment, administrative, accounting and other functions it may deem necessary to the administration and performance of this Agreement.

   b. BCBSNC agrees to establish and administer Credentialing Policies and Procedures in contracting with certain providers for inclusion in its Preferred Care Provider Network.

   c. BCBSNC agrees to provide Members with a directory of its Preferred Care Provider Network and encourage the use of the providers through benefit program design and marketing. BCBSNC shall not recommend any *Select* Professional Provider to any Member over any other.

   d. BCBSNC agrees to provide *Select* Professional Provider with a mechanism to verify Members' eligibility before providing services. Such verification shall be subject to retroactive adjustments of up to sixty (60) days by BCBSNC.

   4.2. Benefits Administration.

   a. BCBSNC agrees to establish and maintain its Preferred Care *Select* quality and utilization management programs and to consult with, and obtain the advice of, certain provider(s) concerning such programs; however, BCBSNC shall be solely responsible for the establishment of these programs. Further, BCBSNC agrees to provide current information concerning benefit exclusions, administrative and utilization

    management requirements, credentialing and quality assurance programs, and provider sanction policies to *Select* Professional Provider, when applicable, and to update such information as changes in requirements are made, allowing a reasonable time for *Select* Professional Provider to comply with such changes.

   b. BCBSNC agrees to notify *Select* Professional Provider in a timely manner of its decisions regarding approval of benefits for services.

   c. BCBSNC agrees to notify *Select* Professional Provider in a timely manner of its decisions regarding any case that the *Select* Professional Provider submits for review pursuant to Section 3.3.d.

4.3. Payment to *Select* Professional Provider.

   a. BCBSNC agrees to make a reasonable effort to process all claims for benefits for services and/or supplies provided to Members submitted by *Select* Professional Provider within thirty (30) days of its receipt of all necessary information.

   b. BCBSNC agrees to pay to *Select* Professional Provider under this Agreement, for services and/or supplies provided to Members, and covered based on the Member's Certificate (except for services and/or supplies that BCBSNC determines to be part of the third party managed health benefits described in the Member's Certificate), the lesser of the *Select* Professional Provider's typical charge to most patients for the service and/or supply or amount specified in the BCBSNC Preferred Care *Select* Fee Schedule in effect on the date rendered and minus any Deductible, Coinsurance and/or Copayments, or other amounts payable by a third party.

5. **Term and Termination.**

  5.1. Term. This Agreement shall become effective as of the effective date entered by BCBSNC and shall continue in force and effect through _6-9-2001_. Thereafter, this Agreement shall automatically renew for one (1) year period(s) unless terminated as hereinafter provided.

  5.2. Termination. This Agreement may be terminated by either party, after its initial term, with or without cause, upon ninety (90) days prior written notice by either party to the other. Upon termination of this Agreement or insolvency by BCBSNC, *Select* Professional Provider shall remain obligated to continue to provide ongoing inpatient care to Members in his/her care for a period of up to an additional ninety (90) days. *Select* Professional Provider

agrees to cooperate in the orderly transfer of administrative duties and Member records to selected other *Select* Professional Provider upon termination.

6. General Provisions.

   6.1. North Carolina Contract. This Agreement, and the rights and duties of the parties hereto, shall be interpreted and enforced in accordance with the laws of the State of North Carolina.

   6.2. Waiver. The waiver by either party of a breach or violation of any provision of this Agreement shall not be construed as a waiver of any subsequent breach thereof.

   6.3. Severability In the event any provision of this Agreement is rendered invalid or unenforceable by the laws according to which this Agreement is to be interpreted and enforced, or if any other provision is held invalid by a court with jurisdiction over the parties hereto, such provision shall be deleted from the Agreement and the Agreement shall be construed to give effect to the remaining provisions of it.

   6.4. Headings. The headings of sections contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

   6.5. Notices. Any notices required to be in writing addressed to a party at the address listed below, or such other address as the party may designate by notice to the other party, and shall be given by (a) depositing such notice for delivery with the United States Postal Service, first class, postage prepaid, or (b) certified or registered mail, postage prepaid, return receipt requested, (c) via commercial courier service, or (d) hand delivery.

Address for BCBSNC: Vice President, Physician Networks
Blue Cross and Blue Shield of North Carolina
P.O. Box 2291
Durham, North Carolina 27702

Address for *Select* Professional Provider:

The Jemicek Clinic
16630 Northcross Drive
Suite 102
Huntersville, NC 28078

Alternative Address for *Select* Professional Provider:

_____
_____
_____

6.6. Non-Exclusivity. This Agreement is not exclusive and either party may freely contract and enter into other similar arrangements with other persons, firms, or entities.

6.7. Separate Contract. The parties agree that this Agreement is separate and distinct from any other contracts between the parties. This Agreement, and the rights and duties of the parties hereto, shall be in lieu of any other contracts between the parties with regard to services provided to such Members. Any other contracts between the parties shall remain otherwise unaffected by this Agreement and shall remain in full force and effect.

6.8. Non-Assignability. No assignment, delegation or transfer of the rights, duties, or obligations of this Agreement shall be made by *Select* Professional Provider without the prior written consent of BCBSNC. No assignment of the rights duties, or obligations of this Agreement, or any part of it, may be made by BCBSNC without the prior written consent of *Select* Professional Provider; provided however, that BCBSNC may assign this Agreement, in whole or in part, to any of its subsidiaries or other Blue Cross and/or Blue Shield Plans or the Blue Cross and Blue Shield Association. BCBSNC shall give *Select* Professional Provider prior written notice of the delegation or transfer of any of its duties or obligations under this Agreement.

6.9. Amendments. This Agreement, or any part of it, may be amended at any time in writing and signed by both parties with the following exceptions:

   a. BCBSNC may amend its Preferred Care *Select* Fee Schedule or quality and utilization management programs, or third party managed health benefits or programs related thereto, or grievance procedures by sending

a notice to the *Select* Professional Provider at least ninety (90) days prior to its effective date.

 b. In the event that BCBSNC determines that federal and/or state law or regulation requires amendments to this Agreement, BCBSNC shall provide *Select* Professional Provider thirty (30) days' prior written notice, and this Agreement shall be automatically amended to include the amendments set forth in such notice.

If the *Select* Professional Provider is unwilling to accept such amendments, he/she may terminate this Agreement upon ninety (90) days prior written notice to BCBSNC.

6.10. Entire Agreement. This Agreement, together with attachments and incorporation herein, constitute the entire agreement between the parties. Any prior agreements, promises, negotiations, or representations, either oral or written, relating to the subject matter of this Agreement are of no force and effect.

6.11 Contractual Disputes: In the event that a dispute under this Agreement cannot be addressed to *Select* Professional Provider's satisfaction by BCBSNC's Customer Services Department, *Select* Professional Provider should contact BCBSNC's local Professional Relations Manager.

IN WITNESS WHEREOF, each party to this Agreement has caused it to be executed on the day and year herein set forth.

The Jemsek Clinic

*Select* Professional Provider

By: [signature]

Title: Medical Director

Date Signed: 5·10·00

Blue Cross and Blue Shield
of North Carolina (BCBSNC)

By: [signature]

Title: Vice President

For BCBSNC Use Only
Contract Effective Date: [illegible]

Date Signed: 6·9·00