STATE OF NORTH CAROLINA          ~~FILED~~   IN THE GENERAL COURT OF JUSTICE
                                                      SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG   2006 SEP 27  PM 3: 45            06-CVS-18432

                        MECKLENBURG COUNTY C.S.C.
BLUE CROSS AND BLUE SHIELD OF
NORTH CAROLINA           BY

          Plaintiff,

     v.                                   **ACCEPTANCE OF SERVICE**

JEMSEK CLINIC, P.A., and JOSEPH G.
JEMSEK, M.D., an individual,

          Defendants.

---

The undersigned, _TRAVIS W. MOON_ , of the firm of Hamilton Moon Stephens

Steele & Martin, PLLC hereby warrants and represents that he is authorized to accept service of

the Summons and Complaint in this action on behalf of Defendant Joseph G. Jemsek, M.D. and

hereby acknowledges that he has on this date so accepted service of the Summons and Complaint

herein.

This the _22d_ day of September, 2006.


                              _____
                              Hamilton Moon Stephens Steele & Martin, PLLC
                              2020 Charlotte Plaza
                              201 South College Street
                              Charlotte, North Carolina 28244-2020
                              Phone: 704-344-1117
                              Fax: 704-344-1483

                              *Attorneys for Defendant Joseph G. Jemsek, M.D.*

C809277

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **ACCEPTANCE OF SERVICE** on all parties to this cause by:

_____   Hand delivering a copy hereof to the attorney for each said party addressed as follows:

___✓___   Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the attorney for each said party as follows:

_____   Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

_____   Telecopying a copy hereof to the attorney for each said party as follows:

Travis W. Moon
Hamilton Moon Stephens Steele & Martin, PLLC
202 Charlotte Plaza
201 S. College Street
Charlotte, NC 28244-2020
Telephone: (704) 344-1117
Facsimile: (704) 344-1483

*Attorneys for Defendant Joseph G. Jemsek, M.D.*

This the 27ᵗʰ day of September, 2006.

Mark W. Kinghorn
N.C. State Bar No. 28623
HELMS MULLISS & WICKER, PLLC
201 North Tryon Street
Post Office Box 31247
Charlotte, NC 28231
Telephone: (704) 343-2102
Facsimile: (704) 343-2300

*Attorneys for Plaintiff*
*Blue Cross and Blue Shield of North Carolina*

C810312v2

STATE OF NORTH CAROLINA    FILED     IN THE GENERAL COURT OF JUSTICE

SUPERIOR COURT DIVISION

COUNTY OF MECKLENBURG, SEP 27  PM 3: 45     06-CVS-18432

BLUE CROSS AND BLUE SHIELD OF COUNTY. C.S.C.
NORTH CAROLINA

           BY_____

        Plaintiff,

   v.                        **ACCEPTANCE OF SERVICE**

JEMSEK CLINIC, P.A., and JOSEPH G.
JEMSEK, M.D., an individual,

        Defendants.

---

     The undersigned, ___TRAVIS W. MOON___, of the firm of Hamilton Moon Stephens

Steele & Martin, PLLC hereby warrants and represents that he is authorized to accept service of

the Summons and Complaint in this action on behalf of Defendant Jemsek Clinic, P.A. and hereby

acknowledges that he has on this date so accepted service of the Summons and Complaint herein.

     This the _22d_ day of September, 2006.

                             _____

                             Hamilton Moon Stephens Steele & Martin, PLLC
                             2020 Charlotte Plaza
                             201 South College Street
                             Charlotte, North Carolina 28244-2020
                             Phone:  704-344-1117
                             Fax:  704-344-1483

                             *Attorneys for Defendant Jemsek Clinic, P.A.*

C809272

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **ACCEPTANCE OF SERVICE** on all parties to this cause by:

_____   Hand delivering a copy hereof to the attorney for each said party addressed as follows:

____✓____   Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the attorney for each said party as follows:

_____   Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

_____   Telecopying a copy hereof to the attorney for each said party as follows:


Travis W. Moon
Hamilton Moon Stephens Steele & Martin, PLLC
202 Charlotte Plaza
201 S. College Street
Charlotte, NC 28244-2020
Telephone: (704) 344-1117
Facsimile: (704) 344-1483

*Attorneys for Defendant Jemsek Clinic, P.A.*


This the 27th day of September, 2006.


Mark W. Kinghorn
N.C. State Bar No. 28623
HELMS MULLISS & WICKER, PLLC
201 North Tryon Street
Post Office Box 31247
Charlotte, NC 28231
Telephone: (704) 343-2102
Facsimile: (704) 343-2300

*Attorneys for Plaintiff*
*Blue Cross and Blue Shield of North Carolina*


C810312

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

FIL IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
06 SEP 27 AM 11: 29   06-CVS-18432

MECKLENBURG CO., C.S.C.

BLUE CROSS AND BLUE SHIELD
OF NORTH CAROLINA

Plaintiff,

vs.

JEMSEK CLINIC, P.A., AND JOSEPH G.
JEMSEK, M.D., an individual

Defendants.

BY _____

**MOTION FOR EXTENSION
OF TIME TO RESPOND TO
PLAINTIFF'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS**

COMES NOW, Defendants, Jemsek Clinic, P.A. and Joseph G. Jemsek, M.D., pursuant to Rules 6 and 33 of the North Carolina Rules of Civil Procedure, and prior to expiration of the time for responding to Plaintiff's First Request for Production of Documents to Jemsek Clinic, P.A. and Joseph G. Jemsek, M.D. (the "Discovery Requests"), hereby moves the Court for an Order enlarging the time to respond on the grounds that these Defendants need additional time to answer or otherwise plead. Defendants were served with the Discovery Requests on September 25, 2006.

WHEREFORE, Defendants Jemsek Clinic, P.A. and Joseph G. Jemsek, M.D. pray the Court for an extension of time within which to answer or otherwise plead to the Discovery Requests up to and including December 6, 2006.

This the 27th day of September, 2006.

HAMILTON MOON STEPHENS STEELE
& MARTIN, PLLC

By: _____

Travis W. Moon (NC State Bar No. 3067)
2020 Charlotte Plaza
201 S. College Street
Charlotte, NC 28244-2020
Telephone: (704) 227-1056
Fax: (704) 344-1483

1

## CERTIFICATE OF SERVICE

I, Travis W. Moon, hereby certify that on this date I served the foregoing **Motion for Extension of Time to Respond to Plaintiff's First Request for Production of Documents** upon all parties and counsel of record by depositing a copy thereof in the U.S. mail, postage prepaid and addressed as follows:

> L. D. Simmons, II
> Stephen D. Allred
> Mark W. Kinghorn
> Helms Mulliss & Wicker, PLLC
> 201 North Tryon Street
> Charlotte, NC 28202
> *Attorneys for Plaintiff*

This the 22th day of September, 2006.

Travis W. Moon

147550v.1 J039/014038

2

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

BLUE CROSS AND BLUE SHIELD
OF NORTH CAROLINA

Plaintiff,

vs.

JEMSEK CLINIC, P.A., AND JOSEPH G.
JEMSEK, M.D., an individual

Defendants.

FILED
06 SEP 27  AM 11:30
MECKLENBURG CO., C.S.C.

BY _____

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
06-CVS-18432

**ORDER GRANTING EXTENSION
OF TIME TO RESPOND TO
PLAINTIFF'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS**

THIS CAUSE coming on before the Court on Defendants', Jemsek Clinic, P.A. and Joseph G. Jemsek, M.D., Motion for Extension of Time to Respond to Plaintiff's First Request for Production of Documents (the "Discovery Requests"), and it appearing to the Court that the time for responding to the Discovery Requests has not expired, and, for good and sufficient cause shown, that the Motion should be allowed.

IT IS THEREFORE ORDERED that the time in which Defendants, Jemsek Clinic, P.A. and Joseph G. Jemsek, M.D. must respond to the Discovery Requests is hereby extended to and including December 6, 2006.

_____
Clerk of Superior Court

147554v.1 J039/014038

1

FILED
06 SEP 27  AM 11: 30

MECKLENBURG CO., C.S.C.

BY ————————

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
                                          SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG                     06-CVS-18432

BLUE CROSS AND BLUE SHIELD
OF NORTH CAROLINA

      Plaintiff,

vs.
                                    **MOTION FOR EXTENSION**
                                    **OF TIME**
JEMSEK CLINIC, P.A., AND JOSEPH G.
JEMSEK, M.D., an individual

      Defendants.

COMES NOW, Defendants, Jemsek Clinic, P.A. and Joseph G. Jemsek, M.D., pursuant to Rule 6 of the North Carolina Rules of Civil Procedure, and prior to expiration of the time for responding to Plaintiff's Complaint, hereby moves the Court for an Order enlarging the time to respond on the grounds that these Defendants need additional time to answer or otherwise plead. Defendants were served with the Complaint on September 22, 2006.

WHEREFORE, Defendants Jemsek Clinic, P.A. and Joseph G. Jemsek, M.D. pray the Court for an extension of time within which to answer or otherwise plead to Plaintiff's Complaint, up to and including November 21, 2006.

This the 27th day of September, 2006.

                              HAMILTON MOON STEPHENS STEELE
                              & MARTIN, PLLC

                    By:       _____
                              Travis W. Moon (NC State Bar No. 3067)
                              2020 Charlotte Plaza
                              201 S. College Street
                              Charlotte, NC  28244-2020
                              Telephone:  (704) 227-1056
                              Fax:  (704) 344-1483

1

## CERTIFICATE OF SERVICE

I, Travis W. Moon, hereby certify that on this date I served the foregoing **Motion for Extension of Time** upon all parties and counsel of record by depositing a copy thereof in the U.S. mail, postage prepaid and addressed as follows:

> L. D. Simmons, II
> Stephen D. Allred
> Mark W. Kinghorn
> Helms Mulliss & Wicker, PLLC
> 201 North Tryon Street
> Charlotte, NC  28202
>
> *Attorneys for Plaintiff*

This the 27th day of September, 2006.

Travis W. Moon

147541v.1 J039/014038

2

STATE OF NORTH CAROLINA

FILED
06 SEP 27 AM 11: 31
MECKLENBURG CO., C.S.C.

IN THE GENERAL COURT OF JUSTICE

SUPERIOR COURT DIVISION

COUNTY OF MECKLENBURG

06-CVS-18432

BLUE CROSS AND BLUE SHIELD
OF NORTH CAROLINA   BY _____

    Plaintiff,

vs.

JEMSEK CLINIC, P.A., AND JOSEPH G.
JEMSEK, M.D., an individual

    Defendants.

**ORDER GRANTING
EXTENSION OF TIME**

    THIS CAUSE coming on before the Court on Defendants', Jemsek Clinic, P.A. and Joseph G. Jemsek, M.D., Motion for Extension of Time, and it appearing to the Court that the time for responding to Plaintiff's Complaint has not expired, and, for good and sufficient cause shown, that the Motion should be allowed.

    IT IS THEREFORE ORDERED that the time in which Defendants, Jemsek Clinic, P.A. and Joseph G. Jemsek, M.D. must respond to Plaintiff's Complaint is hereby extended to and including November 21, 2006.

_____
Clerk of Superior Court

147542v.1 J039/014038

1

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

06-CVS-18432

BLUE CROSS AND BLUE SHIELD OF
NORTH CAROLINA

　　　　　　　　Plaintiff,

　　v.

JEMSEK CLINIC, P.A., and JOSEPH G.
JEMSEK, M.D., an individual,

　　　　　　　　Defendants.

**NOTICE OF BANKRUPTCY**

*PLEASE TAKE NOTICE* that Defendant Jemsek Clinic, P.A., filed a Chapter 11

Bankruptcy Petition on October 25, 2006, Case No. 06-31766, in the United States Bankruptcy

Court for the Western District of North Carolina, and Defendant Joseph G. Jemsek, M.D. filed a

Chapter 11 Bankruptcy Petition on November 20, 2006, Case No. 065-31986, in the United

States Bankruptcy Court for the Western District of North Carolina.  Copies of the Bankruptcy

Petitions filed by Defendants and a copy of the Bankruptcy Court's docket report from PACER

for each case are attached hereto as required by Local Rule 17.2.

　　　　This the 6th day of December, 2006.

Stephen D. Allred
State Bar No.: 18890
HELMS MULLISS & WICKER, PLLC
201 North Tryon Street (28202)
Post Office Box 31247
Charlotte, North Carolina 28231
Telephone (704) 343-2000
Attorneys for Plaintiff *Blue Cross Blue
Shield of North Carolina*

1

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the Notice of Bankruptcy by U.S. Mail:

Travis W. Moon
Hamilton Moon Stephens Steele & Martin, PLLC
2020 Charlotte Plaza
201 South College Street
Charlotte, North Carolina 28244-2020

*Attorneys for Defendants*

This the 6th day of October 2006.

Stephen Allred