PlnDue, DsclsDue

## U.S. Bankruptcy Court
### Western District of North Carolina (Charlotte)
### Bankruptcy Petition #: 06-31766

*Assigned to:* J. Craig Whitley
Chapter 11
Voluntary
Asset

*Date Filed:* 10/25/2006

*Debtor*
**Jemsek Clinic, P.A.**
14330 Oakhill Park Lane
Huntersville, NC 28078
Tax id: 30-0227618
*dba*
**Jemsek Specialty Clinic**
*dba*
**Lyme and Related Diseases, PLLC**
*fka*
**Jemsek Clinic, PLLC**

represented by **Hamilton, Fay, Moon, Stephens, Steele & Martin**
2020 Charlotte Plaza
201 South College Street
Charlotte, NC 28244-2020

**Michael F. Ruggio**
7546 Clifton Road
Clifton, VA 20124

**Travis W. Moon**
Hamilton Fay Moon Stephens
Steele Martin
2020 Charlotte Plaza
201 S. College Street
Charlotte, NC 28244-2020
(704) 344-1117
Email: tmoon@lawhfm.com

*U.S. Trustee*
**U.S. Bankruptcy Administrator**
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1669
704.350.7587

| Filing Date | # | Docket Text |
|---|---|---|
| 10/25/2006 | 1 | Voluntary Petition Under Chapter 11 - Filing Fee Amount $ 1039. (Moon, Travis) (Entered: 10/25/2006) |
| 10/25/2006 | | Receipt of Filing Fee for Voluntary Petition Under Chapter 11(06-31766) [misc,volp11] (1039.00). Receipt number 2309005. (U.S. Treasury) (Entered: 10/25/2006) |
| 10/26/2006 | 2 | Court Notice of Deficient Filing (RE: related document(s)1 Voluntary |

| | | |
|---|---|---|
| | | Petition Under Chapter 11 filed by Debtor Jemsek Clinic, P.A.). (sbh, ) (Entered: 10/26/2006) |
| 10/26/2006 | 3 | Court Notice of Defective Filing - Served on: Moon(RE: related document(s)1 Voluntary Petition Under Chapter 11 filed by Debtor Jemsek Clinic, P.A.). Corrected Document due by 11/2/2006. (sbh, ) (Entered: 10/26/2006) |
| 10/26/2006 | 4 | Notice of 341(a) Meeting of Creditors. 341(a) meeting to be held on 11/22/2006 at 02:00 PM at 3-Charlotte First Meeting Room Proof of Claims due by 2/20/2007. (sbh, ) (Entered: 10/26/2006) |
| 10/27/2006 | 5 | Bankruptcy Administrator's Notice to 20 Largest Unsecured Creditors (Satterfield, BA) (Entered: 10/27/2006) |
| 10/28/2006 | 6 | BNC Certificate of Mailing (RE: related document(s)2 Notice of Deficient/Defective Filing). No. of Notices: 2. Service Date 10/28/2006. (Admin.) (Entered: 10/29/2006) |
| 10/28/2006 | 7 | BNC Certificate of Mailing (RE: related document(s)3 Notice of Deficient/Defective Filing). No. of Notices: 1. Service Date 10/28/2006. (Admin.) (Entered: 10/29/2006) |
| 10/28/2006 | 8 | BNC Certificate of Mailing (RE: related document(s)4 Notice of 341 (a) Meeting of Creditors). No. of Notices: 256. Service Date 10/28/2006. (Admin.) (Entered: 10/29/2006) |
| 10/30/2006 | 9 | Order Directing Bankruptcy Adminstrator to Appoint Ombudsman. If a Response or Objection is filed DUE: 15 days, a Hearing will be held on November 21, 2006 at 9:30 AM in Charlotte, NC. (ajl, ) (Entered: 10/30/2006) |
| 10/30/2006 | 10 | Chapter 11 Operating Order. Served on: BA. (RE: related document (s)1 Voluntary Petition Under Chapter 11 filed by Debtor Jemsek Clinic, P.A.) (ajl, ) (Entered: 10/30/2006) |
| 10/30/2006 | 11 | Motion *of Debtor for Authority to Pay Pre-Petition Payroll, Payroll Taxes, Employee Benefits and Other Related Expenses*. Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. Hearing scheduled for 10/31/2006 at 09:30 AM at 3-JCW-Rm122. (Moon, Travis) (Entered: 10/30/2006) |
| 10/30/2006 | 12 | Motion *of the Debtor for Order (I) Authorizing Maintenance of Existing Bank Accounts and Cash Management System, and (II) Authorizing Continued Use of Existing Business Forms*. Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. Hearing scheduled for 10/31/2006 at 09:30 AM at 3-JCW-Rm122. (Moon, Travis) |

| | | |
|---|---|---|
| | | (Entered: 10/30/2006) |
| 10/30/2006 | 13 | Motion *of the Debtor for an Order (I) Deeming Utilities Adequately Assured of Future Performance, and (II) Establishing Procedures for Determining Requests for Additional Assurances*. Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. Hearing scheduled for 10/31/2006 at 09:30 AM at 3-JCW-Rm122. (Moon, Travis) (Entered: 10/30/2006) |
| 10/30/2006 | 14 | Notice of Hearing (RE: related document(s)11 Motion (Other), Motion (Other) filed by Debtor Jemsek Clinic, P.A., 13 Motion (Other), Motion (Other) filed by Debtor Jemsek Clinic, P.A., 12 Motion (Other), Motion (Other) filed by Debtor Jemsek Clinic, P.A.) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. Hearing scheduled for 10/31/2006 at 09:30 AM at 3-JCW-Rm122. (Moon, Travis) (Entered: 10/30/2006) |
| 10/30/2006 | 15 | Motion to Shorten Notice (RE: related document(s)11 Motion (Other), Motion (Other) filed by Debtor Jemsek Clinic, P.A., 13 Motion (Other), Motion (Other) filed by Debtor Jemsek Clinic, P.A., 12 Motion (Other), Motion (Other) filed by Debtor Jemsek Clinic, P.A.) Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Moon, Travis) (Entered: 10/30/2006) |
| 10/31/2006 | 16 | Certificate of Service (RE: related document(s)11 Motion (Other), Motion (Other) filed by Debtor Jemsek Clinic, P.A., 15 Motion to Shorten Notice, filed by Debtor Jemsek Clinic, P.A., 14 Notice of Hearing, filed by Debtor Jemsek Clinic, P.A., 13 Motion (Other), Motion (Other) filed by Debtor Jemsek Clinic, P.A., 12 Motion (Other), Motion (Other) filed by Debtor Jemsek Clinic, P.A.) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Moon, Travis) (Entered: 10/31/2006) |
| 10/31/2006 | | Disposition of Hearing before the Honorable J. Craig Whitley: (RE: related document(s)11, Motion (Other) filed by Debtor Jemsek Clinic, P.A.,--APPROVED 13 Motion (Other) filed by Debtor Jemsek Clinic, P.A.,--APPROVED 12 Motion (Other), filed by Debtor Jemsek Clinic, P.A.)--APPROVED. (mes, ) (Entered: 10/31/2006) |
| 10/31/2006 | 17 | Order Granting Motion to Shorten Notice (Related Doc # 15) Served On: Moon (ajl, ) (Entered: 10/31/2006) |
| 10/31/2006 | 18 | Application w/Affidavit to Employ Attorney *Hamilton Moon Stephens Steele & Martin, PLLC* Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Affidavit of Travis W. Moon) (Moon, Travis) (Entered: 10/31/2006) |
| 10/31/2006 | 19 | Application w/Affidavit to Employ Professional *The Finley Group* |

| | | |
|---|---|---|
| | | Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Affidavit of Armand J. Carrano, Jr.) (Moon, Travis) (Entered: 10/31/2006) |
| 10/31/2006 | 20 | Application w/Affidavit to Employ Attorney *Michael F. Ruggio* Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Affidavit of Michael F. Ruggio) (Moon, Travis) (Entered: 10/31/2006) |
| 10/31/2006 | 21 | Notice of Hearing (RE: related document(s)19 Application to Employ filed by Debtor Jemsek Clinic, P.A., 18 Application to Employ filed by Debtor Jemsek Clinic, P.A., 20 Application to Employ filed by Debtor Jemsek Clinic, P.A.) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. Hearing scheduled for 11/7/2006 at 09:30 AM at 3-JCW-Rm122. (Moon, Travis) (Entered: 10/31/2006) |
| 10/31/2006 | 22 | Certificate of Service (RE: related document(s)19 Application to Employ filed by Debtor Jemsek Clinic, P.A., 18 Application to Employ filed by Debtor Jemsek Clinic, P.A., 20 Application to Employ filed by Debtor Jemsek Clinic, P.A., 21 Notice of Hearing, filed by Debtor Jemsek Clinic, P.A.) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Moon, Travis) (Entered: 10/31/2006) |
| 10/31/2006 | 23 | Ex Parte Motion to Shorten Notice (RE: related document(s)19 Application to Employ filed by Debtor Jemsek Clinic, P.A., 18 Application to Employ filed by Debtor Jemsek Clinic, P.A., 20 Application to Employ filed by Debtor Jemsek Clinic, P.A.) Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Moon, Travis) (Entered: 10/31/2006) |
| 10/31/2006 | 24 | Ex Parte Motion to Appear Pro Hac Vice *Michael F. Ruggio* (Fee Amount $ 100) Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Moon, Travis) (Entered: 10/31/2006) |
| 10/31/2006 | | Receipt of Filing Fee for Appear Pro Hac Vice(06-31766) [motion,mprohac] ( 100.00). Receipt number 2316133. (U.S. Treasury) (Entered: 10/31/2006) |
| 10/31/2006 | 25 | Certificate of Service for Chapter 11 Operating Order (RE: related document(s)10 Order (other)) filed by U.S. Bankruptcy Administrator . (Satterfield, BA) (Entered: 10/31/2006) |
| 11/01/2006 | 26 | Order Granting Motion of Debtor for Authority to Pay Pre-Petition Payroll, Payroll Taxes, Employee Benefits and Other Related Expenses (Related Doc # 11) Served On: Moon (ajl, ) (Entered: 11/01/2006) |
| | | |

| 11/01/2006 | 27 | Order Granting Motion of the Debtor for Order (I) Authorizing Maintenance of Existing Bank Accounts and Cash Management System, and (II) Authorizing Continued Use of Existing Business Forms (Related Doc # 12) Served On: Moon (ajl, ) (Entered: 11/01/2006) |
| --- | --- | --- |
| 11/01/2006 | 28 | Order Granting Motion of the Debtor for an Order (I) Deeming Utilities Adequately Assured of Future Performance, and (II) Establishing Procedures for Determining Requests for Additional Assurances (Related Doc # 13) Served On: Moon (ajl, ) (Entered: 11/01/2006) |
| 11/01/2006 | 29 | Ex Parte Order Granting Motion to Shorten Notice (Related Doc # 23) Served On: Moon (ajl, ) (Entered: 11/01/2006) |
| 11/01/2006 | 30 | Ex Parte Order Granting Motion to Appear Pro Hac Vice of Michael F. Ruggio (Related Doc # 24) Served On: Moon (ajl, ) (Entered: 11/01/2006) |
| 11/01/2006 | 31 | Certificate of Service (RE: related document(s)26 Order on Motion (Other), 27 Order on Motion (Other), 28 Order on Motion (Other)) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Moon, Travis) (Entered: 11/01/2006) |
| 11/01/2006 | 32 | Schedule A, Schedule B, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Summary of Schedules, Equity Security Holders List, Statement of Financial Affairs, Declaration. (RE: related document(s)1 Voluntary Petition Under Chapter 11 filed by Debtor Jemsek Clinic, P.A.) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Schedules Part 2# 2 Statement of Financial Affairs# 3 Equity Security Holders) (Moon, Travis) (Entered: 11/01/2006) |
| 11/01/2006 | 33 | BNC Certificate of Mailing (RE: related document(s)9 Order (other)). No. of Notices: 257. Service Date 11/01/2006. (Admin.) (Entered: 11/02/2006) |
| 11/01/2006 | 34 | BNC Certificate of Mailing (RE: related document(s)10 Order (other)). No. of Notices: 1. Service Date 11/01/2006. (Admin.) (Entered: 11/02/2006) |
| 11/02/2006 | 35 | Amendment to *Statement of Financial Affairs* (RE: related document (s)32 Schedules and Statements, filed by Debtor Jemsek Clinic, P.A.) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Moon, Travis) (Entered: 11/02/2006) |
| 11/03/2006 | 36 | Motion for Relief from Stay with Notice of Opportunity for Hearing |

|  |  |  |
|---|---|---|
|  |  | (Fee Amount $ 150) If a response or objection is filed - DUE: within 15 days, a hearing will be held on DATE: 12/5/2006, TIME: 9:30 a.m., LOCATION: Charlotte, NC - PROPERTY DESCRIPTION: *inventory, accounts, equipment and various other equipment.*, Motion to Prohibit Use of Cash Collateral Filed by Paul A. Fanning on behalf of First-Citizens Bank & Trust Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Notice of Motion and Opportunity for Hearing) (Fanning, Paul) (Entered: 11/03/2006) |
| 11/03/2006 |  | Receipt of Filing Fee for Motion for Relief from Stay(06-31766) [motion,mrlfsty] ( 150.00). Receipt number 2321562. (U.S. Treasury) (Entered: 11/03/2006) |
| 11/07/2006 | 37 | Notice of Appearance and Request for Notice filed by William Walt Pettit on behalf of The Scottish Bank. (Pettit, William) (Entered: 11/07/2006) |
| 11/07/2006 |  | Disposition of Hearing before the Honorable J. Craig Whitley: (RE: related document(s)19 Application to Employ filed by Debtor Jemsek Clinic, P.A. -- APPROVED 18 Application to Employ filed by Debtor Jemsek Clinic, P.A. -- APPROVED 20 Application to Employ filed by Debtor Jemsek Clinic, P.A. -- APPROVED). (jra) (Entered: 11/07/2006) |
| 11/08/2006 | 38 | Order Granting Application to Employ Attorney Hamilton Moon Stephens Steele & Martin, PLLC for Debtor (Related Doc # 18) Served On: Moon (ajl, ) (Entered: 11/08/2006) |
| 11/08/2006 | 39 | Order Granting Application to Employ Professional The Finley Group as Financial Consultants and Financial Restructuring Advisors for the Debtor. (Related Doc # 19) Served On: Moon (ajl, ) (Entered: 11/08/2006) |
| 11/08/2006 | 40 | Order Granting Application to Employ Attorney Michael F. Ruggio as Special Litigation Counsel to the Debtor. (Related Doc # 20) Served On: Moon (ajl, ) (Entered: 11/08/2006) |
| 11/09/2006 | 41 | Certificate of Service (RE: related document(s)39 Order on Application to Employ, 40 Order on Application to Employ, 38 Order on Application to Employ) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Moon, Travis) (Entered: 11/09/2006) |
| 11/09/2006 | 42 | Request for Notice filed by Air Products and Chemicals, Inc.. (ajl, ) (Entered: 11/09/2006) |
| 11/09/2006 | 43 | No Responses to Creditors' Committee Notice (RE: related document (s)5 BA Notice to 20 Largest Unsecured Creditors) filed by U.S. |

| | | |
|---|---|---|
| | | Bankruptcy Administrator . (Satterfield, BA) (Entered: 11/09/2006) |
| 11/10/2006 | 44 | Notice of Appearance and Request for Notice filed by Paul A. Fanning on behalf of First-Citizens Bank & Trust Company. (Fanning, Paul) (Entered: 11/10/2006) |
| 11/13/2006 | 49 | Request for Notice filed by Time Warner Telecom Inc.. (ajl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 45 | Application for Compensation to:*Hamilton Moon Stephens Steele & Martin, PLLC*, Fee:*$9,972.00*, Expenses:*$286.51*. If a response or objection is filed - DUE: 12/7/2006, a hearing will be held on DATE: 12/19/2006, TIME: 9:30 a.m., LOCATION: J. Craig Whitley. Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Exhibit) (Moon, Travis) Modified on 11/14/2006 (ajl, ). SEE DOCUMENT 47 FOR CORRECT NOTICE OF OPPORTUNITY FOR HEARING. (Entered: 11/14/2006) |
| 11/14/2006 | 46 | Application for Compensation to:*The Finley Group*, Fee:*$8,025.00*, Expenses:*N/A*. If a response or objection is filed - DUE: 12/7/2006, a hearing will be held on DATE: 12/19/2006, TIME: 9:30 a.m., LOCATION: J. Craig Whitley. Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Exhibit) (Moon, Travis) Modified on 11/14/2006 (ajl, ). SEE DOCUMENT 47 FOR CORRECT NOTICE OF OPPORTUNITY FOR HEARING. (Entered: 11/14/2006) |
| 11/14/2006 | 47 | Notice of Opportunity for Hearing. If a response or objection is filed DUE:*12/7/2006* a hearing will be held on DATE:*12/19/2006*, TIME: *9:30 a.m.*, LOCATION: *J. Craig Whitley* (RE: related document(s)45 Application for Compensation, filed by Debtor Jemsek Clinic, P.A., 46 Application for Compensation, filed by Debtor Jemsek Clinic, P.A.) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Certificate of Service)(Moon, Travis) Modified on 11/14/2006 (ajl, ). CORRECTIVE ENTRY: Hearing Location changed from J. Craig Whitley to Charlotte, NC. (Entered: 11/14/2006) |
| 11/14/2006 | 48 | Response/Objection and Request for Hearing (RE: related document (s)9 Order (other)) Filed by U.S. Bankruptcy Administrator. Hearing scheduled for 11/21/2006 at 09:30 AM at 3-JCW-Rm122. (Attachments: # 1 Exhibit memorandum of service# 2 Exhibit cert of service) (Dornblazer, BA) (Entered: 11/14/2006) |
| 11/14/2006 | 50 | Response/Objection *Debtor's Joinder in the Bankruptcy Administrator's Response to Order Directing Bankruptcy Administrator to Appoint Ombudsman* (RE: related document(s)48 Response/Objection, filed by U.S. Trustee U.S. Bankruptcy |

| | | |
|---|---|---|
| | | Administrator, 9 Order (other)) Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Certificate of Service) (Moon, Travis) (Entered: 11/14/2006) |
| 11/20/2006 | 51 | Response/Objection and Request for Hearing *Objection of the Debtor to First-Citizens Bank & Trust Company's Motion for Relief from Automatic Stay or for Adequate Protection; and Motion to Prohibit Use of Cash Collateral* (RE: related document(s)36 Motion for Relief from Stay,,, Prohibit Use of Cash Collateral,, filed by Creditor First-Citizens Bank & Trust Company) Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. Hearing scheduled for 12/5/2006 at 09:30 AM at 3-JCW-Rm122. (Attachments: # 1 Certificate of Service) (Moon, Travis) (Entered: 11/20/2006) |
| 11/21/2006 | | Disposition of Hearing before the Honorable J. Craig Whitley: (RE: related document(s)9 Order Directing Bankruptcy Adminstrator to Appoint Ombudsman) -- REQUIREMENT IS WAIVED; RESPONSE OF BANKRUPTCY ADMINISTRATOR IS SUSTAINED;. (jra) (Entered: 11/21/2006) |
| 11/21/2006 | 52 | Debtor-In-Possession Monthly Status/Operating Report for the Month of *October 2006* filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Part 2# 2 Certificate of Service) (Moon, Travis) (Entered: 11/21/2006) |
| 11/27/2006 | 53 | Trustee's Memorandum from 341(a) Meeting of Creditors HELD - DEBTOR(S) SWORN (RE: related document(s)4 Notice of 341(a) Meeting of Creditors) (Satterfield, BA) (Entered: 11/27/2006) |
| 11/29/2006 | 54 | Amendment to *Application of Debtor for Authority to Retain and Employ Michael F. Ruggio as Special Litigation Counsel* (RE: related document(s)20 Application to Employ filed by Debtor Jemsek Clinic, P.A.) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Certificate of Service) (Moon, Travis) (Entered: 11/29/2006) |
| 11/30/2006 | 55 | Order Waiving Requirement of 11 U.S.C 333(a) Directing Bankruptcy Adminstrator to Appoint Ombudsman. Served on: BA. (RE: related document(s)9 Order (other)) (ajl, ) (Entered: 11/30/2006) |
| 12/01/2006 | 56 | Application w/Affidavit to Employ Professional *Alan Fisher Auction & Appraisal, Inc.* Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Attachments: # 1 Affidavit of Alan Fisher# 2 Certificate of Service) (Moon, Travis) (Entered: 12/01/2006) |
| 12/01/2006 | 57 | Notice of Hearing (RE: related document(s)56 Application to Employ filed by Debtor Jemsek Clinic, P.A.) filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. Hearing scheduled for 12/14/2006 at |

|            |     |                                                                                                                                                                                                                             |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | 09:30 AM at 3-JCW-Rm122. (Moon, Travis) (Entered: 12/01/2006)                                                                                                                                                               |
| 12/01/2006 | 58  | Motion to Shorten Notice (RE: related document(s)56 Application to Employ filed by Debtor Jemsek Clinic, P.A.) Filed by Travis W. Moon on behalf of Jemsek Clinic, P.A.. (Moon, Travis) (Entered: 12/01/2006)              |
| 12/02/2006 | 59  | BNC Certificate of Mailing (RE: related document(s)55 Order (other)). No. of Notices: 269. Service Date 12/02/2006. (Admin.) (Entered: 12/03/2006)                                                                          |
| 12/04/2006 | 60  | Ex Parte Order Granting Motion to Shorten Notice (Related Doc # 58) Served On: Moon (ajl, ) (Entered: 12/04/2006)                                                                                                           |
| 12/04/2006 | 61  | Request for Notice filed by Gilbert Barnett Weisman on behalf of American Express Bank FSB. (Weisman, Gilbert) (Entered: 12/04/2006)                                                                                        |
| 12/05/2006 |     | Disposition of Hearing before the Honorable J. Craig Whitley: (RE: related document(s)36 Motion for Relief from Stay, Prohibit Use of Cash Collateral, filed by Creditor First-Citizens Bank & Trust Company). RESOLVED; AGREED ORDER (chb, ) (Entered: 12/05/2006) |

| PACER Service Center |          |                  |                                                                                                        |
|----------------------|----------|------------------|--------------------------------------------------------------------------------------------------------|
| Transaction Receipt  |          |                  |                                                                                                        |
| 12/06/2006 14:39:30  |          |                  |                                                                                                        |
| PACER Login:         | sh0265   | Client Code:     |                                                                                                        |
| Description:         | Docket Report | Search Criteria: | 06-31766 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML                |
| Billable Pages:      | 5        | Cost:            | 0.40                                                                                                   |