UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re | ) | Bankruptcy Case No. 06-31986 |
| | ) | |
| JOSEPH G. JEMSEK, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW COMES Richard S. Wright, of the law firm of James, McElroy & Diehl, P.A., and enters his appearance in the above-captioned bankruptcy case on behalf of Kay T. Jemsek, and further requests that copies of all notices, motions, orders and other documents that are required to be served pursuant to any bankruptcy rule, including, but not limited to, Bankruptcy Rule 2002, be served upon the undersigned by U.S. Mail and/or ECF noticing.

This 13th day of February, 2007.

JAMES, McELROY & DIEHL, P.A.

_____
Richard S. Wright
NC State Bar No. 24622
600 South College Street, Suite 3000
Charlotte, North Carolina 28202
Tel. (704) 372-9870
Fax (704) 348-0800
rwright@jmdlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance and Request for Service has this date been served upon the persons named below by depositing a copy of the same in the United States Mail, sufficient postage prepaid, addressed as follows:

| | | |
|---|---|---|
| Joseph Gregory Jemsek<br>2215 Sharon Lane<br>Charlotte, NC 28211-3737 | Anna Cotton Wright<br>Grier, Furr & Crisp, PA<br>101 N. Tryon Street<br>Suite 1240<br>One Independence Center<br>Charlotte, NC 28246 | Joseph W. Grier, III<br>Grier, Furr & Crisp, PA<br>101 N. Tryon Street<br>Suite 1240<br>One Independence Center<br>Charlotte, NC 28246 |
| Michael F. Ruggio<br>7546 Clifton Road<br>Clifton, VA 20124-2131 | Paul A. Fanning<br>Ward and Smith, P.A.<br>120 West Fire Tower Road<br>Post Office Box 8088<br>Greenville, NC 27835-8088 | First Citizens Bank & Trust Co.<br>Ward and Smith, P.A.<br>Attn: Paul A. Fanning<br>PO Box 8088<br>Greenville, NC 27835-8088 |
| Cliff Brisson, Jr.<br>Craig & Brisson, P.A.<br>P. O. Box 1180<br>Fayetteville, NC 28302 | Morgan Stanley Credit<br>Corporation<br>Attn: Bankruptcy Dept.<br>4909 East 26th Street<br>Sioux Falls, SD 57110 | John Bramlett<br>Bankruptcy Administrator<br>402 West Trade Street<br>Suite 200<br>Charlotte, NC 28202-1669 |
| Deborah L. Fletcher<br>Kilpatrick Stockton LLP<br>Suite 2500<br>214 N. Tryon Street<br>Charlotte, NC 28202-2381 | Bank of America<br>Attn: Managing Agent<br>201 N. Tryon Street<br>Charlotte, NC 28255 | Bank of America<br>Attn: Managing Agent<br>PO Box 53160<br>Phoenix, AZ 85072-3160 |
| Bank of America MBNA<br>Attn: Managing Agent<br>PO Box 17054<br>Wilmington, DE 19884 | Citimortgage, Inc.<br>Attn: Managing Agent<br>PO Box 9442<br>Gaithersburg, MD 20898 | Blue Cross and Blue Shield of NC<br>Attn: Managing Agent<br>PO Box 2291<br>Durham, NC 27702 |
| City County Tax Collector<br>Attn: Managing Agent<br>PO Box 31457<br>Charlotte, NC 28231 | City National West Virginia<br>Attn: Managing Agent<br>Operations Center<br>PO Box 7077<br>Cross Lanes, WV 25356 | Greenbrier County, WV<br>Attn: Managing Agent<br>P. O. Box 506<br>County Courthouse<br>Lewisburg, WV 24901-0506 |
| Internal Revenue Service<br>Insolvency Unit<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 | Internal Revenue Service<br>Attn: Managing Agent<br>PO Box 21126<br>Philadelphia, PA 19114 | James A. Wilson<br>5322 Highgate Drive<br>Suite 243<br>Durham, NC 27713 |

Jemsek Clinic, P.A.
Attn: Managing Agent
Rosedale Medical Center
14330 Oakhill Park Lane
Huntersville, NC 28078

Joseph Jabkiewicz, Adm
c/o Eric A. Rogers
Caudle & Spears, P.A.
121 W. Trade St., Suite 2600
Charlotte, NC 28202

Morgan Stanley Credit
Corporation
Attn: Managing Agent
4909 East 26th Street
Sioux Falls, SD 57110

Phillip Moore
Niki Taylor Moore
DeVore, Acton & Stafford, PA
831 E. Morehead Street
Suite 245
Charlotte, NC 28202

Scottish Bank
Attn: Managing Agent
1057 Providence Road
Charlotte, NC 28207

SunTrust Bank
Attn: Managing Agent
101 S. Kings Drive
Charlotte, NC 28204

United States Attorney's Office
227 West Trade Street
Suite 1700
Charlotte, NC 28202

Heather Jenkins
c/o Robert A. Karney
Karney, deBrun & Wilcox
1208 S. Tryon Street
Charlotte, NC 28203

Joshua D. Davey
Helms Mulliss & Wicker, PLLC
201 N. Tryon Street
Charlotte, NC 28202

NC Department of Revenue
Central Collection Division
P. O. Box 1168
Raleigh, NC 27601

Robert H. Pryor, Esq.
Helms Mulliss & Wicker, PLLC
PO Box 31247
Charlotte, NC 28231-1247

SunTrust Bank
c/o Robert H. Pryor, Esq.
Helms Mulliss & Wicker, PLLC
PO Box 31247
Charlotte, NC 28231-1247

The Scottish Bank
Kellam & Pettit, P.A.
2701 Coltsgate Road
Suite 300
Charlotte, NC 28211

US SEC
Attn: Managing Agent
Suite 1000
3475 Lenox Rd NE
Atlanta, GA 30324

Jim D. Cooney
Womble Carlyle Sandridge
& Rice, PLLC
One Wachovia Center
301 S. College St., Suite 3500
Charlotte, NC 28203

Macon County Tax Administrator
Attn: Managing Agent
5 West Main Street, Annex Bldg.
Franklin, NC 28734-3005

North Carolina Department of Revenue
Angela C. Fountain, Bankruptcy Manager
Collections Examination Division
Post Office Box 1168
Raleigh, NC 27602-1168

Rosedale Medical Group, LLC
Attn: Managing Agent
Rosedale Medical Center
14330 Oakhill Park Lane
Huntersville, NC 28078

SunTrust Bank
Attn: Managing Agent
PO Box 85052
Richmond, VA 23285-5160

Travis W. Moon
Hamilton Moon Stephens
Steele & Martin, PLLC
2020 Charlotte Plaza
201 South College Street
Charlotte, NC 28202

William Walt Pettit
Kellam & Pettit, P.A.
2701 Coltsgate Road, Suite 300
Charlotte, NC 28211

2333362-1                                3

This 13th day of February, 2007.

                    JAMES, McELROY & DIEHL, P.A.

                    */s/ Richard S. Wright*
                    Richard S. Wright
                    NC State Bar No. 24622
                    600 South College Street, Suite 3000
                    Charlotte, North Carolina 28202
                    Tel. (704) 372-9870
                    Fax (704) 348-0800
                    rwright@jmdlaw.com