FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: § § § **JOSEPH GREGORY JEMSEK** § **DEBTOR** § | **CASE NO. 06-31986-JCW** |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Specialized Loan Servicing LLC as servicing agent for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC** <br> Name of Transferee | **PHH Mortgage Corporation** <br> Name of Transferor |

Name and Address where notices to transferee
Should be sent:

   **Specialized Loan Servicing LLC**
   **8742 Lucent Blvd, Suite 300**
   **Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx2115**

Court Claim # (if known): 4
Amount of Claim: $580,018.38
Date Claim Filed: 12/06/2006

Phone:_____
Last Four Digits of Acct.#  6905

Name and Address where transferee payments should
be sent (if different from above):

   Specialized Loan Servicing LLC
   PO Box 636007
   Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx2115**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ LynAlise K. Tannery_          Date:      07/08/2014
   Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 357 1*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

       I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 11th day of July, 2014   via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Joseph Gregory Jemsek
2215,Sharon,ln,
Charlotte, NC 28211-3737

**Debtors' Attorney**
Joseph W. Grier III
Grier Furr & Crisp Pa
101 N TRYON ST STE 1240
CHARLOTTE, NC  28246-0104

**US Trustee**
Office of U. S. Trustee
402 W. Trade Street, Suite 110
Charlotte, North Carolina  28202

                                              /s/ LynAlise K. Tannery
                                              LynAlise K. Tannery