UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE: )
) Case No. 06-31986
Joseph Gregory Jemsek )
) Chapter 11
Debtor. )

**QUARTERLY FEE STATEMENT**
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING June 30, 2015

**DISBURSEMENTS\***

1. MONTH                                      DISBURSEMENTS
   April 2015                                  $133,535.94
   May 2015                                    $39,801.88
   June 2015                                   $115,811.82

   TOTAL DISBURSEMENTS FOR QUARTER             $289,149.64

2. QUARTERLY FEE OWED PURSUANT TO              $1,950.00
   28 U.S.C. § 1930(a)(6)

3. QUARTERLY FEE PAID                          $1,950.00
   (Attach proof of payment)

4. AMOUNT OF UNPAID FEES (IF ANY)              $_____

I, ____Joseph Gregory Jemsek____, acting as the duly authorized agent for the Debtor-In-Possession (Trustee)(Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 5-18-17            _____[signature]_____
                          For the Debtor-In-Possession (Trustee) (Plan Adm.)

(Print or type name and capacity        Joseph Gregory Jemsek
of person signing this                  2440 M Street NW Suite 205
Declaration.)                           Washington, DC 20037

**The check for payment of the quarterly fee should be attached to the original of this Quarterly Fee Statement filed with the clerk of court.**
\*For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.