**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| JOSEPH GREGORY JEMSEK | ) | Bankruptcy Case No. 06-31986 (JCW) |
| | ) | |
| JEMSEK CLINIC, P. A. | ) | Bankruptcy Case No. 06-31766 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**CONSENT MOTION FOR ORDER CONTINUING HEARINGS ON APPROVAL OF
DISCLOSURE STATEMENT [Doc 1003], APPLICATION FOR ORDER
AUTHORIZING THE EMPLOYMENT OF THE HENDERSON LAW FIRM [Doc 930]
AND MOTION OF DEBTOR AND KAY T. JEMSEK TO APPROVE SETTLEMENT
[Doc 955]; EXTENDING TIME TO FILE AND SERVE WRITTEN OBJECTIONS**

The Debtors respectfully file this Consent Motion for Order Continuing Hearings on Approval of Disclosure Statement [Doc 1003], Application for Order Authorizing the Employment of the Henderson Law Firm [Doc 930] and Motion of Debtor and Kay T. Jemsek to Approve Settlement [Doc 955]; and Extending Time to File and Serve Written Objections to Amended Disclosure Statement. In support thereof the Court is shown as follows:

1.      The Debtors indicated in their Disclosure Statement that, as filed, it did not contain information sufficient to meet the standards for "adequate information" as set forth in 11 U.S.C. Section 1125. The Debtors intend to file an Amended Disclosure Statement.

2.      Counsel for the Debtors received documentation needed to amend the Disclosure Statement, but there was not sufficient time to prepare an Amended Disclosure Statement and provide creditors with sufficient time to review the same prior to the August 22, 2017 deadline to object.

3.      The Debtors request that the Court enter an Order providing that: a) within 3 days of entry date of the Order, the Debtors serve the Order on all parties in interest; b) the Debtors shall file an Amended Disclosure Statement by no later than September 1, 2017; c) the last date to file written objections to the Amended Disclosure Statement and the Motion of Debtor and Kay T. Jemsek to Approve Settlement will be September 19, 2017; and d) the hearing to consider approval of the Amended Disclosure Statement will be held on September 26, 2017 at 9:30 a.m., Charles R. Jonas Federal Building, Courtroom 1-4, 401 West Trade Street, Charlotte, N.C., 28202.

4.      The active parties in the case, including the United States Bankruptcy Administrator for the Western District of North Carolina, Blue Cross and Blue Shield of North Carolina, Polsinelli Shahan Flanigan Suelthaus, Kay Jemsek, City National Bank of West Virginia, Grier Furr & Crisp, P.A. and First Citizens Bank & Trust Company, have either consented to or not objected to the relief requested herein.

WHEREFORE, it is prayed that the Court enter an Order granting the Debtors the relief set forth herein.

**THE HENDERSON LAW FIRM**
/s/ James H. Henderson
James H. Henderson
NC State Bar No. 13536
1201 Harding Place
Charlotte, North Carolina 28204
Telephone: (704) 333.3444
Counsel for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| JOSEPH GREGORY JEMSEK | ) | Bankruptcy Case No. 06-31986 (JCW) |
| | ) | |
| JEMSEK CLINIC, P. A. | ) | Bankruptcy Case No. 06-31766 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

---

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has served a copy of the **CONSENT MOTION FOR ORDER CONTINUING HEARINGS ON APPROVAL OF DISCLOSURE STATEMENT [Doc 1003], APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF THE HENDERSON LAW FIRM [Doc 930] AND MOTION OF DEBTOR AND KAY T. JEMSEK TO APPROVE SETTLEMENT [Doc 955]; EXTENDING TIME TO FILE AND SERVE WRITTEN OBJECTIONS** via ECF to all parties or their attorney of record requesting notice and to the following:

U. S. Bankruptcy Administrator
Alexandria_p_kenny@ncwba.uscourts.gov

This 28th day of August, 2017.

**THE HENDERSON LAW FIRM**

/s/  James H. Henderson
James H. Henderson
N.C. State Bar No. 13536
1201 Harding Place
Charlotte NC 28204-2826
Telephone: (704) 333.3444
Facsimile:  (704) 333.5003
E-mail: henderson@title11.com