United States Bankruptcy Court
Western District of North Carolina

In re:                                                                  Case No. 06-31986-jcw
Joseph Gregory Jemsek                                                   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0419-3      User: howeyc         Page 1 of 3           Date Rcvd: Mar 08, 2018
                    Form ID: 171         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
db          +Joseph Gregory Jemsek,    1255 25th Street NW,    Apt. 621,    Washington, DC 20037-4109
aty         +James H. Henderson,    JAMES H. HENDERSON, P.C.,    1201 Harding Place,
              Charlotte, NC 28204-2826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
      Adrianne  Huffman,    on behalf of Defendant   The Jemsek Clinic, P.A. ahuffman@lawhms.com,
       smyers@lawhms.com;emineau@lawhms.com
      Adrianne  Huffman,    on behalf of Debtor   Jemsek Clinic, P.A. ahuffman@lawhms.com,
       smyers@lawhms.com;emineau@lawhms.com
      Adrianne  Huffman,    on behalf of Defendant   Jemsek Clinic, P.A. ahuffman@lawhms.com,
       smyers@lawhms.com;emineau@lawhms.com
      Alan D. McInnes    on behalf of Plaintiff   Blue Cross and Blue Shield of North Carolina
       amcinnes@kilpatricktownsend.com,  ktriebel@kilpatricktownsend.com
      Alan D. McInnes    on behalf of Counter-Defendant   Blue Cross and Blue Shield of North Carolina
       amcinnes@kilpatricktownsend.com,  ktriebel@kilpatricktownsend.com
      Alan D. McInnes    on behalf of Creditor   Blue Cross and Blue Shield of North Carolina
       amcinnes@kilpatricktownsend.com,  ktriebel@kilpatricktownsend.com
      Anna Cotten Wright    on behalf of Creditor   Grier Furr & Crisp, PA cwright@grierlaw.com,
       agorman@grierlaw.com;mmartinez@grierlaw.com;blewis@grierlaw.com
      Anna Cotten Wright     on behalf of Unknown Joseph G. Jemsek, M.D. cwright@grierlaw.com,
       agorman@grierlaw.com;mmartinez@grierlaw.com;blewis@grierlaw.com
      Anna Cotten Wright     on behalf of Counter-Claimant Joseph G. Jemsek, M.D. cwright@grierlaw.com,
       agorman@grierlaw.com;mmartinez@grierlaw.com;blewis@grierlaw.com
      Anna Cotten Wright     on behalf of Defendant Joseph G. Jemsek, M.D. cwright@grierlaw.com,
       agorman@grierlaw.com;mmartinez@grierlaw.com;blewis@grierlaw.com
      Anna Cotten Wright     on behalf of Defendant Joseph G. Jemsek cwright@grierlaw.com,
       agorman@grierlaw.com;mmartinez@grierlaw.com;blewis@grierlaw.com
      Chad Dwight Hansen    on behalf of Creditor   Blue Cross and Blue Shield of North Carolina
       ChadHansen@KilpatrickTownsend.com,
       cwheeler@kilpatricktownsend.com;landerson@kilpatricktownsend.com;kdawson@kilpatricktownsend.com
      Cindy G. Oliver    on behalf of Creditor   Bank Of America, N.A. olivercgo@aol.com
      Daniel R. Taylor, Jr.    on behalf of Creditor   Blue Cross and Blue Shield of North Carolina ,
       twebb@kilpatricktownsend.com
      Daniel R. Taylor, Jr.    on behalf of Plaintiff   Blue Cross and Blue Shield of North Carolina ,
       twebb@kilpatricktownsend.com
      Daniel R. Taylor, Jr.    on behalf of Counter-Defendant   Blue Cross and Blue Shield of North
       Carolina ,   twebb@kilpatricktownsend.com
      Daniel Russell Taylor, Jr.    on behalf of Creditor   Blue Cross and Blue Shield of North Carolina
       DanTaylor@KilpatrickTownsend.com,   twebb@kilpatricktownsend.com
      Daniel S Dooley    on behalf of Creditor   Polsinelli PC ddooley@polsinelli.com,
       docket@polsinelli.com;tbackus@polsinelli.com;anazar@polsinelli.com
      David R. Badger    on behalf of Creditor Heather  Jenkins davebadger@badgerlawnc.com,
       cmecfnoticesonly@gmail.com;r49231@notify.bestcase.com
      David R. Badger    on behalf of Plaintiff Hope Buff Bowman davebadger@badgerlawnc.com,
       cmecfnoticesonly@gmail.com;r49231@notify.bestcase.com

```
District/off: 0419-3                  User: howeyc                   Page 2 of 3                   Date Rcvd: Mar 08, 2018
                                      Form ID: 171                   Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          David R. Badger    on behalf of Plaintiff Rick A. Bowman davebadger@badgerlawnc.com, cmecfnoticesonly@gmail.com;r4923l@notify.bestcase.com
          David R. Badger    on behalf of Creditor Hope Buff Bowman davebadger@badgerlawnc.com, cmecfnoticesonly@gmail.com;r4923l@notify.bestcase.com
          David R. Badger    on behalf of Creditor Rick A. Bowman davebadger@badgerlawnc.com, cmecfnoticesonly@gmail.com;r4923l@notify.bestcase.com
          Deborah L. Fletcher    on behalf of Counter-Defendant    Blue Cross and Blue Shield of North Carolina deborah.fletcher@fisherbroyles.com
          Deborah L. Fletcher    on behalf of Plaintiff    Blue Cross and Blue Shield of North Carolina deborah.fletcher@fisherbroyles.com
          Deborah L. Fletcher    on behalf of Creditor    Blue Cross and Blue Shield of North Carolina deborah.fletcher@fisherbroyles.com
          Deborah L. Fletcher    on behalf of Counter-Claimant    Blue Cross and Blue Shield of North Carolina deborah.fletcher@fisherbroyles.com
          Eric C. Cotton    on behalf of Creditor    DDRTC Birkdale Village, LLC hsmith@ddrc.com
          Gary Walker Jackson    on behalf of Plaintiff Phillip E. Moore klawton@ncadvocates.com;smcgee@ncadvocates.com;mabraham@gouldratner.com;jenniferdgilbert32@gmail.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
          Glenn C. Thompson    on behalf of Interested Party Meredith and Clay  Phillips gthompson@lawhssm.com,  rkelley@lawhssm.com;vhughes@lawhssm.com;kdantinne@lawhssm.com
          Glenn C. Thompson    on behalf of Interested Party    Hamilton Stephens Steele + Martin, PLLC gthompson@lawhssm.com,  rkelley@lawhssm.com;vhughes@lawhssm.com;kdantinne@lawhssm.com
          Harold C. Spears    on behalf of Plaintiff Joseph Stanly Jabkiewicz hspears@caudlespears.com, jerickson@caudlespears.com;acorrell@caudlespears.com;djordan@caudlespears.com
          James H. Henderson    on behalf of Plaintiff William J. Gaither henderson@title11.com, ginny@title11.com;r45613@notify.bestcase.com
          James H. Henderson    on behalf of Plaintiff Deborah D. Gaither henderson@title11.com, ginny@title11.com;r45613@notify.bestcase.com
          James H. Henderson    on behalf of Debtor Joseph Gregory Jemsek henderson@title11.com, ginny@title11.com;r45613@notify.bestcase.com
          James H. Henderson    on behalf of Plaintiff Joseph Stanly Jabkiewicz henderson@title11.com, ginny@title11.com;r45613@notify.bestcase.com
          James P. Cooney, III    on behalf of Defendant Joseph G. Jemsek jcooney@wcsr.com
          James P. Cooney, III    on behalf of Defendant    The Jemsek Clinic, P.A. jcooney@wcsr.com
          James P. Cooney, III    on behalf of Defendant Joseph G. Jemsek, M.D. jcooney@wcsr.com
          James P. Cooney, III    on behalf of Defendant    The Jemsek Clinic jcooney@wcsr.com
          James P. Cooney, III    on behalf of Defendant    Jemsek Clinic, P. A. jcooney@wcsr.com
          James P. Cooney, III    on behalf of Defendant Christie  Roeske, R.N.P jcooney@wcsr.com
          James P. Cooney, III    on behalf of Defendant    Jemsek Clinic, P.A. jcooney@wcsr.com
          John D. Schlotter    on behalf of Creditor    PennyMac Loan Services, LLC bkecfinbox@aldridgepite.com,  jschlotter@ecf.inforuptcy.com
          Joseph J. Vonnegut    on behalf of Creditor    PennyMac Loan Services, LLC bkymail@hskplaw.com, troy.staley@ecf.inforuptcy.com
          Joseph W. Grier, III    on behalf of Counter-Claimant    Jemsek Clinic, P.A. jgrier@grierlaw.com, agorman@grierlaw.com;cwright@grierlaw.com
          Joseph W. Grier, III    on behalf of Defendant Joseph G. Jemsek jgrier@grierlaw.com, agorman@grierlaw.com;cwright@grierlaw.com
          Joseph W. Grier, III    on behalf of Defendant Joseph G. Jemsek, M.D. jgrier@grierlaw.com, agorman@grierlaw.com;cwright@grierlaw.com
          Langdon M. Cooper    on behalf of Debtor    Jemsek Clinic, P.A. attorney.lcooper@mhc-law.com
          Louis W. Doherty    on behalf of Plaintiff    Blue Cross and Blue Shield of North Carolina ldoherty@kilpatricktownsend.com,  pritchie@kilpatricktownsend.com
          Louis W. Doherty    on behalf of Counter-Defendant    Blue Cross and Blue Shield of North Carolina ldoherty@kilpatricktownsend.com,  pritchie@kilpatricktownsend.com
          Michael F. Ruggio    on behalf of Counter-Claimant    Jemsek Clinic, P.A. cdancy@polsinelli.com, mruggio@polsinelli.com;dkramer@polsinelli.com;ldesantis@polsinelli.com;csteele@polsinelli.com;spateidl@polsinelli.com;docket@polsinelli.com
          Michael F. Ruggio    on behalf of Counter-Claimant Joseph G. Jemsek, M.D. cdancy@polsinelli.com, mruggio@polsinelli.com;dkramer@polsinelli.com;ldesantis@polsinelli.com;csteele@polsinelli.com;spateidl@polsinelli.com;docket@polsinelli.com
          Michael F. Ruggio    on behalf of Defendant Joseph G. Jemsek, M.D. cdancy@polsinelli.com, mruggio@polsinelli.com;dkramer@polsinelli.com;ldesantis@polsinelli.com;csteele@polsinelli.com;spateidl@polsinelli.com;docket@polsinelli.com
          Michael F. Ruggio    on behalf of Defendant    Jemsek Clinic, P.A. cdancy@polsinelli.com, mruggio@polsinelli.com;dkramer@polsinelli.com;ldesantis@polsinelli.com;csteele@polsinelli.com;spateidl@polsinelli.com;docket@polsinelli.com
          Michael J. McCormick    on behalf of Creditor    CitiMortgage, Inc. BankruptcyECFMail@mccallaraymer.com
          Michael P. Flanagan    on behalf of Creditor    First-Citizens Bank & Trust Company mpf@wardandsmith.com,  blh@wardandsmith.com;DocketCR@wardandsmith.com;nsf@wardandsmith.com
          Paul A. Fanning    on behalf of Creditor    First-Citizens Bank & Trust Company paf@wardandsmith.com, blh@wardandsmith.com;DocketCR@wardandsmith.com;nsf@wardandsmith.com;jscotten@wardandsmith.com
          Richard S. Wright    on behalf of Interested Party Kay T. Jemsek rwright@mwhattorneys.com, smyers@mwhattorneys.com
          Robert A. Karney    on behalf of Plaintiff Hope Buff Bowman bob@karneylaw.com
          Robert A. Karney    on behalf of Creditor Hope Buff Bowman bob@karneylaw.com

```
District/off: 0419-3          User: howeyc              Page 3 of 3              Date Rcvd: Mar 08, 2018
                              Form ID: 171              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert A. Karney    on behalf of Plaintiff Rick A. Bowman bob@karneylaw.com
          Robert A. Karney    on behalf of Plaintiff Heather  Jenkins bob@karneylaw.com
          Scott D. Fink    on behalf of Creditor   VT Inc., as trustee of World Omni Financial Corp.
           bronationalecf@weltman.com
          Stacy C. Cordes    on behalf of Plaintiff Joseph Stanly Jabkiewicz scordes@burtcordeslaw.com,
           jshort@burtcordeslaw.com;r42770@notify.bestcase.com
          Terri L. Gardner    on behalf of Creditor   City National Bank of West Virginia
           terri.gardner@nelsonmullins.com,  karie.rankine@nelsonmullins.com
          Travis W. Moon    on behalf of Defendant   The Jemsek Clinic tmoon@mwhattorneys.com,
           smyers@mwhattorneys.com
          Travis W. Moon    on behalf of Defendant   Jemsek Clinic, P.A. tmoon@mwhattorneys.com,
           smyers@mwhattorneys.com
          Travis W. Moon    on behalf of Defendant   The Jemsek Clinic, P.A. tmoon@mwhattorneys.com,
           smyers@mwhattorneys.com
          Travis W. Moon    on behalf of Debtor   Jemsek Clinic, P.A. tmoon@mwhattorneys.com,
           smyers@mwhattorneys.com
          Tricia M. Derr    on behalf of Defendant   The Jemsek Clinic, P.A. tderr@wcsr.com
          Tricia M. Derr    on behalf of Defendant Joseph G. Jemsek, M.D. tderr@wcsr.com
          U.S. Bankruptcy Administrator Office    alexandria_p_kenny@ncwba.uscourts.gov,
           ba_desk@ncwba.uscourts.gov
          William Walt Pettit    on behalf of Creditor   The Scottish Bank walt.pettit@hutchenslawfirm.com,
           tracy.vines@hutchenslawfirm.com

                                                                         TOTAL: 75

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 06−31986
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Joseph Gregory Jemsek
   1255 25th Street NW
   Apt. 621
   Washington, DC 20037
   Social Security No.: xxx−xx−1495

# ORDER IN AID OF CONSUMMATION

THIS CAUSE coming on to be heard and being heard by the undersigned United States Bankruptcy Judge pursuant to the Court's authority under Bankruptcy Rule 3020(d) to administer the bankruptcy estate and issue all necessary orders in aid of consummation, and it appearing to the Court that an order confirming a plan of reorganization/liquidation in the above−captioned Chapter 11 bankruptcy was entered on March 8, 2018.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the debtor in possession shall file with the Clerk of this Court, on the official report form provided by the Clerk, regular monthly reports detailing all progress toward substantial consummation of the confirmed plan of reorganization and the entry of a final decree closing the estate, with the first of such reports to be filed within thirty (30) days of confirmation and every month thereafter; and

**IT IS FURTHER ORDERED** that all regular monthly reports shall be verified by the debtor in possession or contain an unsworn declaration under penalty of perjury as to the accuracy of the information contained therein; and

**IT IS FURTHER ORDERED** that, upon substantial consummation of the confirmed plan, as that term is defined in 11 U.S.C. Section 1101(2), the debtor in possession shall file with the Clerk of this Court a final report and accounting of the administration of the bankruptcy estate on the official form supplied by the Clerk, and if this final report and accounting is not filed within sixty (60) days of the date of this order, a status hearing will be held by the Court to address issues pertinent to closing this case, and

**IT IS FINALLY ORDERED** that, should the debtor in possession fail to file such reports as ordered or fail to file them on a timely basis, said failure shall constitute grounds for possible dismissal of the case or such other sanctions as the Court shall deem appropriate.

Dated: March 8, 2018                                             BY THE COURT


                                                                 J. Craig Whitley
                                                                 United States Bankruptcy Judge


Electronically filed and signed (3/8/18)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| 401 West Trade Street<br>Charlotte, N.C. 28202 | Steven T. Salata<br>**Clerk of Court** | 100 Otis Street<br>Room 106<br>Asheville, N.C. 28801 |

March 8, 2018

James H. Henderson
JAMES H. HENDERSON, P.C.
1201 Harding Place
Charlotte, NC 28204−2248

In Re:    Debtor(s):  Joseph Gregory Jemsek
          Case No.    06−31986

Dear Sir/Madame:

An order of confirmation and order in aid of consummation have been entered in the above−referenced Chapter 11 case. The court has served only a Notice of Entry of the Order of Confirmation of Plan pursuant to Bankruptcy Rule 2002(F)(7).

You will note that the Order in Aid of Consummation requires the debtor in possession to file monthly post−confirmation reports detailing all progress toward substantial consummation of the plan and then, upon substantial consummation, a final report and accounting of the administration of the Chapter 11 case. I would call your attention to the definition of "substantial consummation" as contained in Section 1101(2) of the Bankruptcy Code. The statutory language makes it clear that the debtor need not wait until all plan payments have been made before applying for a final decree under Bankruptcy Rule 3022. Assuming all other requirements have been met, the application may be filed upon commencement of distribution under the confirmed plan. Enclosed are copies of the Court's report forms to be filed in the case, as appropriate.

If I can be of further assistance, please advise.

Very truly yours,

Steven T. Salata
Clerk of Court

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 06–31986
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Joseph Gregory Jemsek
1255 25th Street NW
Apt. 621
Washington, DC 20037
Social Security No.: xxx–xx–1495

# CHAPTER 11 MONTHLY POST−CONFIRMATION REPORT

For period _____ (due within fifteen (15) days following end of above reporting period):

I. NARRATIVE REPORT ON PROGRESS TOWARD CONSUMMATION OF THE CONFIRMED PLAN OF REORGANIZATION/LIQUIDATION

   −    must be filled out in detail in all Chapter 11 cases

   −    include the estimated date for filing the motion for final decree pursuant to 11 U.S.C. § 1101(2) and Bankruptcy Rule 3022

_____

_____

_____

_____

_____

_____

II. ITEMIZED LIST OF DISBURSEMENTS PURSUANT TO CONFIRMED PLAN (Use additional sheets if necessary.)

| Claimant | Payment | Outstanding Balance |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

I certify under penalty of perjury that I have read the information contained in the foregoing report and that it is true and correct to the best of my knowledge and belief.

(Both the debtor's representative and attorney must sign.)

Representative for the Debtor _____

    Dated: _____

Attorney for the Debtor _____

    Dated: _____

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 06−31986
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    Joseph Gregory Jemsek
    1255 25th Street NW
    Apt. 621
    Washington, DC 20037
    Social Security No.: xxx−xx−1495

---

# FINAL REPORT AND ACCOUNTING

The above−referenced debtor, under Title 11, Chapter 11 in the United States Bankruptcy Court for the Western District of North Carolina, pursuant to the requirement of 11 U.S.C. § 1106(a)(7), now files this final account showing actual disbursements made.

1. TRUSTEE COMPENSATION      _____

2. ATTORNEY FOR TRUSTEE COMPENSATION      _____

3. FEES AND EXPENSES OF OTHER PROFESSIONALS
   a. Attorney for the Debtor      _____
   b. Attorney for Creditors' Committee      _____
   c. Other Professionals (Specify)      _____
        _____

   TOTAL FEES AND EXPENSES OF OTHER PROFESSIONALS
   **(Totals of 3a through 3c)**      _____

4. PAYMENTS TO SECURED CREDITORS      _____

5. PAYMENTS TO PRIORITY CREDITORS (Including 507(a) Administrative Claims)      _____

6. PAYMENTS TO UNSECURED CREDITORS      _____

7. PAYMENTS TO EQUITY SECURITY HOLDERS      _____

8. OTHER DISTRIBUTIONS (Include surplus returned to debtor)      _____

   **TOTAL GROSS CASH RECEIPTS**
   (Total of lines 1,2,3,4,5,6,7 & 8)      _____

   Percentage paid **or to be paid** to Unsecured Creditors:      _____

Wherefore, the debtor submits this final account on this the _____ day of _____, _____.

_____
Attorney for Debtor/Preparer